1          IN THE UNITED STATES DISTRICT COURT FOR THE
               WESTERN DISTRICT OF PENNSYLVANIA
2                          - - - -

3    UNITED STATES OF AMERICA,   )
                                 )
4          Plaintiff,            )
                                 )
5                                ) Criminal Action No:
          -vs-                   ) 2:16-cr-00125-DWA-1
6                                )
     ERIC JAMES STULL,           )
7                                )
          Defendant.             )
8

9              ** REDACTED TRANSCRIPT **

10

                         - - - -
11

12          TRANSCRIPT OF PROCEEDINGS BEFORE:

         THE HONORABLE DONETTA W. AMBROSE
13
                         - - - -
14

15

16
                    DATE:  March 20, 2018
17                         Tuesday, 11:50 a.m.

18

19              LOCATION:  United States District
                           Court for the Western
20                         District of Pennsylvania
                           U.S. Courthouse
21                         700 Grant Street
                           Pittsburgh, PA  15219
22

23
                    REPORTED BY:  Sherri Kostante
24                                Notary Public

25

1       The within proceedings, reported by Sherri
Kostante, a Court Reporter and Notary Public in and
2   for the Commonwealth of Pennsylvania, convened at
the United States District Court for the Western
3   District of Pennsylvania, U.S. Courthouse, 700 Grant
Street, Pittsburgh, Pennsylvania, before The
4   Honorable Donetta W. Ambrose on Tuesday, March 20,
2018, commencing at 11:50 a.m.

5                                   - - - -

6

7   APPEARANCES:

8       FOR THE PLAINTIFF UNITED STATES OF AMERICA:
Jessica Lieber Smolar, Esq.
9   UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF PENNSYLVANIA
10  U.S. Courthouse
Suite 4000
11  700 Grant Street
Pittsburgh, PA  15219
12  412-894-7419
jessica.smolar.usdoj.gov

13

14      FOR THE DEFENDANT ERIC JAMES STULL:
Thomas Livingston, Esq.
15  FEDERAL PUBLIC DEFENDER'S OFFICE
1001 Liberty Avenue
16  1500 Liberty Center
Pittsburgh, PA  15222
17  412-644-6565
thomas_livingston@fd.org

18

19

20

21

22

23

24

25

```
1                      - - - -

2          (Whereupon, the within proceedings

3             were convened as follows):

4                      - - - -

5              THE COURT:  Good morning.  We're

6     here this morning in the case of the United

7     States of America against Eric James Stull, at

8     No. 16-125, and we are here for a sentencing

9     hearing.

10             I have not received letters on

11    behalf of the defendant; is that correct,

12    Mr. Livingston?

13             MR. LIVINGSTON:  Yes, Your Honor.

14             THE COURT:  I do have victim impact

15    statements, which I have read, but as I noted

16    earlier, I consider those to be evidence, so

17    we'll wait until that point in the trial when

18    I ask the respective sides if they have any

19    evidence to present.

20             With no letters, Mr. Stull, would

21    you stand and raise your right hand, please.

22                      - - - -

23          (The defendant was duly sworn.)

24                      - - - -

25             THE COURT:  Please be seated, sir,
```

1          and just speak into the microphone.

2                    Did you read the pre-sentence report

3          prepared by the probation office?

4                    THE DEFENDANT:  Yes, ma'am.

5                    THE COURT:  And did you review it

6          with Mr. Livingston?

7                    THE DEFENDANT:  Yes, ma'am.

8                    THE COURT:  Is there anything in

9          that report which was incorrect, or anything

10         missing from that report which should have

11         been included?

12                   MR. LIVINGSTON:  Judge, when he and

13         I were reviewing it last night, there's one

14         update, and one thing that I spoke to

15         Mr. Lowers about, and Ms. Smolar also.  The

16         page that I'm going to refer you to --

17                   THE COURT:  In the pre-sentence

18         report?

19                   MR. LIVINGSTON:  The pre-sentence

20         report.  It's on page 62, paragraph 377.

21                   THE COURT:  Wait a second, let me

22         get there.

23                   Okay.

24                   MR. LIVINGSTON:  And what Mr. Stull

25         wanted to me to alert the Court is that in

1          December, his father in Arizona suffered a

2          heart attack and that he had open heart

3          surgery.  That may have no bearing on any of

4          the sentencing issues; that's more of an

5          addition.

6                    And then when we were talking about

7          the guidelines, the correct application of the

8          grouping rules that is in the pre-sentence

9          report -- what I'm about to say won't have any

10         bearing on the guideline range, just because

11         the offense level would otherwise be far in

12         excess of 43, but on page 57, paragraph 364,

13         the acceptance of responsibility was timely

14         and early; and therefore, that minus-two

15         should be a minus-three, but it won't change

16         the total offense level because, even absent

17         the minus-three, the grouping counts and the

18         additional units puts the total offense level

19         far in excess of 43 otherwise.

20                    THE COURT:  Anything you wanted to

21         say?

22                    MS. SMOLAR:  No, Your Honor.

23                    THE COURT:  And I will ask the

24         probation officer to please note those

25         amendments to the pre-sentence report before

```
 1          it goes to the probation office.  Would you do
 2          that?
 3                  MR. LOWERS:  Yes, Your Honor, I will
 4          do that.
 5                  THE COURT:  Do you agree that he's
 6          entitled to a third point?
 7                  MS. SMOLAR:  Yes.
 8                  THE COURT:  So we should have had a
 9          third point for acceptance of responsibility
10          because it was timely, and the notation about
11          his father's condition, we just want to add
12          those before the report goes to the BOP.
13                  MS. SMOLAR:  But I will note that
14          what he said about the grouping is correct,
15          it's not going to affect the guideline range
16          which is laid out.
17                  THE COURT:  I agree.
18                  Ms. Smolar, is there anything, any
19          addition or modifications for the pre-sentence
20          report from the government?
21                  MS. SMOLAR:  No, nothing further,
22          Your Honor.
23                  THE COURT:  So the next thing we
24          will do is, I will announce for the record the
25          advisory guideline range that applies to this
```

```
 1          case.  There's a total offense level of 43.  A

 2          criminal history, category 1.  The custodial

 3          range is life.  The supervised release range

 4          is not less than five years to life for each

 5          of the counts.  The fine range is 50,000 to

 6          $250,000.  I've been told that restitution,

 7          although mandatory, is not at issue in this

 8          case.  The special assessment is $100 for each

 9          count of conviction, and there are 41 counts,

10          so it's $4,100.

11                    That is the advisory guideline range

12          I find applies to this case.  Do you agree,

13          Mr. Livingston?

14                    MR. LIVINGSTON:  Yes, Your Honor.

15                    THE COURT:  Ms. Smolar?

16                    MS. SMOLAR:  I do.

17                    THE COURT:  Now we will turn to the

18          appropriate sentence to be imposed.  And what

19          I'm going to do first is ask if the defense

20          has any evidence to present, any witnesses.

21                    MR. LIVINGSTON:  No, Your Honor.

22          I'm going to make comments, and I believe

23          Mr. Stull will address the Court.

24                    THE COURT:  Absolutely.  I just want

25          to go over evidence first from each side, and
```

1    then argument, and then Mr. Stull will be the

2    final part.

3              So you have no evidence.  The

4    government, I believe, does have evidence.

5    You can call your witnesses, and they can

6    testify from the podium.

7              MS. SMOLAR:  Thank you, Your Honor.

8    The first witness I would call at this time is

9    Jarod Stull.  He is the brother of the victim

10   in this case.

11             THE COURT:  Mr. Stull, if you could

12   step up here, please, and raise your right

13   hand when you get up here.

14                   - - - -

15        (The witness was duly sworn.)

16                   - - - -

17             MS. SMOLAR:  Your Honor, Mr. Stull

18   has provided a written victim impact

19   statement, which the government would offer as

20   Government's Exhibit A into evidence in this

21   case.

22             THE COURT:  Any objection?

23             I've already read them, so if you

24   want mine, you can have them.

25             MR. LIVINGSTON:  I'm just -- if you

1       have it, just so --

2                THE COURT:  I have all three:  Two

3       brothers and --

4                MS. SMOLAR:  Two brothers and the

5       mother.

6                MR. LIVINGSTON:  Right.

7                THE COURT:  Two sons and wife in

8       respect to the defendant is what I meant.

9                MS. SMOLAR:  Would the judge like me

10      to stay here or --

11               THE COURT:  No, you don't have to.

12      He has a prepared statement, and I've read

13      them, but you can read it now.  I only caution

14      you, when you're reading, make sure you don't

15      read too fast, because people have a tendency

16      to do that, and it's hard for the court

17      reporter to take down everything that's being

18      said if it's said too quickly.

19               THE WITNESS:  I'll do my best,

20      ma'am.

21               THE COURT:  Thank you.  We'll tell

22      you to slow down if we have to.

23               THE WITNESS:  Firstly, I'd like to

24      thank the Court for allowing me to speak

25      today.

1           Before I begin, despite how I may

2     feel about you, I do hope your father will be

3     all right.  It's not in me to hate somebody

4     who has no involvement.

5           Truth be told, I hardly was able to

6     bring myself to write this.  It took a lot of

7     effort, and I procrastinated until the very

8     last moment, but this needed done, and so here

9     I am, of my own will.

10           Today, Father, I will look you in

11    the eye and tell you exactly what I feel.

12    There are questions I have for you, though I

13    doubt you would ever answer.  Answers I seek

14    from you that, if you have any shred of honor

15    left, you'll allow me to speak to you

16    one-on-one after all this is said and done,

17    that we may finally meet as men for the first

18    and last time.

19           But I digress.  On to the statement.

20    This will be an account of my life and the

21    impact my father had on it as a whole, not

22    just his crimes, but his influence to every

23    part of my life.  While I know this is not

24    about me, you must understand all of this

25    first to truly understand how all of this has

1       affected me.

2               I was a young boy who hardly knew

3       his father; he'd left some time ago.  I can

4       vaguely recall a man with long hair and a

5       young woman on his arm, someone who built up a

6       large Lego wall for me and let me tear it all

7       down as a monster there to eat up his people.

8       We laughed.  We had fun.

9               I wanted to see my father again, but

10      for some time I didn't know who he was.  I

11      sometimes imagined a famous country singer as

12      my father, since I did not know my own.

13      Perhaps that might have been preferable.

14              My mother eventually tracked him

15      down, and when I was eight-years-old, I met my

16      father for the first time I could remember

17      clearly, vividly, a striking man with a

18      commanding voice, whose very presence grabbed

19      the attention of many in the room.

20              He stood impressively tall and with

21      a rigid structure that I have come to

22      associate with any man of the armed forces.

23      He had dark brown eyes with an intensity, and

24      he had a smile that, though rare, reminds me

25      so much of my own; a wish for others to smile

1          with him, to laugh, to forget the pain.

2                    Of course, at the time, I knew

3          nothing of this.  This was my father, the man

4          I dreamt of for so long, that I longed to

5          meet.  Finally, I would know who I was.  And

6          for a time, I was happy.

7                    We had moved to Ohio in this time,

8          though I didn't like the idea.  I was

9          beginning to settle in, and we were suddenly

10         displaced, kicked out of the home of my

11         father's friends, for reasons no one would

12         explain to me.  It's only been recently that I

13         learned that it may possibly have to do with

14         accusations that he slept with their daughter.

15                   Naturally, my mother defended him.

16         How could she not?  He would never do

17         something like that.  It was abhorrent to

18         think about.  How foolish we all are when

19         faced with love, especially from one who can

20         manipulate said love.

21                   We came back to Pennsylvania, and

22         that was a peaceful time.  My father and I had

23         a decent relationship.  While we were still

24         very unused to one another, we certainly

25         tried.

1          Fundamentally, we saw the world in

2    very different ways.  I was still very much a

3    sheltered child, a mother's boy.  I lacked

4    some very basic social interaction skills, and

5    this may have led to some conflict in its own

6    way, as we tried to bridge that gap, and

7    neither of us could truly reach one another.

8          Oh, we found common interests.  He

9    tried to take interest in my own hobbies, and

10    shared for me his love of many finer things,

11    from blades to music, motorcycles, the fantasy

12    genre as a whole, and philosophical views of

13    the world that very much are the foundation

14    for how I perceive the world as a whole.

15          But then my father deployed to Iraq,

16    and I went through a rather rough patch.  In

17    school, I was bullied constantly for my small

18    size and my lack of social skills.  My point

19    never got across clearly in conversation, and

20    I was often misunderstood, and so social

21    blunders cropped up in abundance.  Perhaps I

22    could blame my father for that, maybe my

23    mother, but I find the biggest fault in

24    myself.  I had other traumas happen to me,

25    other scars.

1          It's now I realize I dove deep into

2     video games, books, and other activities away

3     from people in order to shield my mind from

4     these things, to escape into a world where

5     evil fell and the righteous won the day.  It

6     is no one's fault; it's just how life happened

7     to play out.

8          My father returned some time later,

9     and that's where I learned the art of sword

10    play, and I found myself a natural at it.  My

11    father was an incredible teacher, and I

12    flourished under his guidance.  I approached

13    him about it myself, and was soon presented

14    with a blade of my own, which I hold on to, as

15    well as his, to this very day.

16          I was deadly, I was efficient, fast.

17    I could have easily beaten a man before he

18    could even make a move, and my confidence grew

19    because of it.  It was a wonderful feeling,

20    one I absolutely relished in.  I had a skill

21    that nobody else had, one I could be proud of.

22          I come from a long line of warriors,

23    soldiers, and men of honor.  To hone my skill

24    and take my place among them was my desire, my

25    wish, but it was not meant to be, due to the

1        circumstances of my birth.

2                But because of this desire, I held

3        my father in the highest regard.  He was an

4        idol to me, and I believed him to be the

5        Superman of my world.  To this day, I hold

6        those who have served, and currently serve, in

7        the highest esteem, and will go out of my way

8        to shake their hand and express my gratitude

9        to them for what they have done, what I only

10       wish I could do.

11               But my childhood was not always

12       great.  My father began drinking a lot after

13       he got back.  It wasn't always a bad thing.

14       Sometimes he'd just get drunk and want to

15       spend time with me.  In those moments, I grew

16       closer to him, because he had a hard time

17       opening up to people, and in those moments, I

18       believe he let his guard down, and some of the

19       few times he would tell me, his son, he loved

20       me.  I craved that affection and approval; so

21       starved of it I was in my early years.

22               But even heroes have a dark side.

23       He began to get violent with my mother, with

24       my brother, with me.  He was sleeping hours

25       and hours at a time, locking himself away in

1    his room.  He wouldn't work.  My mother had to

2    pick up the slack.

3              While he did try and instill a sense

4    of responsibility in me, he was very harsh,

5    and often I felt as an indentured servant to

6    him.  I soon began to resent him.  Very little

7    of my childhood I got to have left.  My

8    innocence began to fall away as the violence

9    got worse and worse.  Once I couldn't find the

10   blanket he wanted, one he took with him to

11   Iraq, and he beat me senseless for it.

12             Once, he threw my mother through a

13   wall.  Several times he came to blows with my

14   brother.  My brother, an impressive man in his

15   own right, he hasn't always walked the

16   straight and narrow, and I believe he still

17   has much room for growth and improvement, but

18   he was probably braver than all of us.

19             My mother and I both feared him

20   immensely.  He bullied my mother more than

21   anyone.  At times, my brother and my

22   grandfather were more of a father to me than

23   my own.

24             Slowly, I could no longer recognize

25   the man I once worshipped as a hero.  I began

1       to see him for who he was:  damaged, angry at

2       the world, a lack of empathy for others at

3       times.  Of course, we eventually came to

4       understand what PTSD was, and sought help for

5       him.  It took some time, but he was slowly

6       making progress, but not enough.

7               Then came the day xxxx came into our

8       lives.  Her mother came to us, begged us to

9       take care of her, as she went to recover in

10      rehab for her drug addiction.  We hadn't seen

11      her in months.  She disappeared shortly after

12      xxxx was born, biologically my cousin.

13      Immediately, my father asked:  Where is the

14      baby?

15              And so an arrangement was made.  All

16      of us thought he had done it out of

17      compassion, love, a desire to care for this

18      child and give her a safe environment.  How

19      foolish we are when faced with the guise of

20      the wolf.

21              But he seemed to slowly get better

22      and better and better.  She was good for him.

23      He was softer with her than with us boys.

24      Still he fought and drank at times, but the

25      nightmares lessened, and he began to come back

1       to us.

2                   What was once just to be a temporary

3       six-month arrangement turned into a lifetime

4       commitment, and I got the little sister I had

5       once begged my mother for.  My family was

6       complete; broken in some ways, damaged in

7       others, but we slowly began to come together.

8                   My father and I didn't always see

9       eye to eye, and we often clashed as I got

10      older.  Eventually growing the spine my mother

11      and brother had, I was stronger than I once

12      was, physically and in spirit, I could weather

13      the storm a little better.  We nearly came to

14      blows several times as life went on.

15                  Eventually, my grandmother died.  I

16      moved out to live with my grandfather and take

17      care of him, but also to get away from my

18      father, who I had very nearly gotten into a

19      fistfight with, and had only backed down after

20      my grandfather threatened to blow his head off

21      with a shotgun.

22                  Our relationship got a little better

23      after that, now that we weren't always in each

24      other's faces and didn't see each other all

25      the time.

1          Throughout my life, though, I felt a

2    jealousy towards my sister.  She received far

3    more love and attention from my father than

4    even I, his own flesh and blood, had gotten.

5    He was kinder to her.

6          At times I felt I was a

7    disappointment to him, because I wasn't

8    exactly like him and he did not approve of all

9    of my habits, not to mention that he didn't

10   view those of a non-heterosexual orientation

11   very fondly, so I hid from him my sexuality.

12   I never came out to him, as my brother did.  I

13   saw how filled with contempt he was for my

14   brother after that.

15         Our relationship improved even more

16   after I moved in with my fiancee and started

17   school.  We talked, we laughed, we joked, and

18   slowly I began to forgive him of his sins.  I

19   wanted to bridge that gap.  I wanted to have a

20   relationship with my father.

21         Throughout my life, no matter how

22   absolutely screwed up things got, no matter

23   how dark, no matter how miserable and close to

24   killing myself I got -- once, very nearly

25   doing so -- I never believed my father was

1          capable of the crimes he has committed.

2                    He wasn't perfect, but he was the

3          knight of our family, the hero, the dragon

4          slayer, the banisher of monsters.  He would

5          tear apart anyone who dared think they could

6          do something like that to his daughter, and he

7          played the part well.  Even as he carried out

8          his dark desires in secret, he would act angry

9          when seeing such stories on the news.

10                   Yet there were signs of his betrayal

11         that only now do I wish I had paid closer

12         attention to, things that I found very odd at

13         one point or another, but merely believed to

14         be my own paranoia, resulting from my own

15         scars, similar to my sister's, though lasting

16         nowhere near as long.

17                   How he looked at her sometimes, how

18         he absolutely loved to play with -- sorry.

19         How she absolutely loved to play dress-up for

20         him and show off new clothes she'd just gotten

21         for him, how she spent such an incredible

22         amount of time with him, how she still slept

23         in the same bed as him.

24                   The last, you might say, was the

25         biggest red flag and should have been obvious,

1           but I must point out that she slept in my
2           parents' bed with them since she was two years
3           old.  She had terrible nightmares when she
4           first came to us.  And then when we realized
5           she soothed his, like a child with a teddy
6           bear, we were happy to let them stay together.
7           It helped them both, and xxxx needed a loving
8           father, her own having abandoned her.
9                     Never did we know what he was doing
10          to her.  Never did we ever truly suspect what
11          he was:  a mimic, a fake, a wolf in sheep's
12          clothing.  Had we known then, my father would
13          have very likely already been dead.  I can't
14          deny that I've entertained the thought on many
15          occasion, taking his life and slaying the
16          monster that's plagued our lives, tainted our
17          memories and hearts.
18                    Killing you, Father, might be my
19          greatest pleasure, but one I'll not carry out
20          even if I was to be given the chance, because
21          that would be too easy for you, that would be
22          giving you the release you want from your
23          prison.  No.  You'll stay and suffer for what
24          you've done.
25                    I will continue to better myself and

```
1         distance myself from the blood of the beast

2         within.  Anger, hurt, betrayal, rage,

3         depression, suicide, worthlessness, all of

4         these things I've struggled with since your

5         incarceration.

6                   For so long I wondered why you

7         didn't want me, why I wasn't a good enough son

8         for you.  Now I realize, I just wasn't

9         something you could get off on; hence, your

10        only half interest in me.  You fooled me, you

11        fooled us all.

12                  But you have strengthened us all as

13        well.  Through the fires of your misery and

14        manipulation, we have all been tempered.  In

15        the hammer strikes of your cruelty, we have

16        been forged.  We are stronger than you now,

17        and you cannot hurt anyone anymore.

18                  The bill comes due someday, Father;

19        yours came due.  No longer are you the

20        impressive figure you once were, with the

21        commanding voice, and presence that grabbed

22        the attention of the room.  Now we see the

23        demon for what it truly is:  greedy, scheming,

24        but also frail and cowardly without its

25        leverage.  No longer do you even look like you
```

1        could hold your own in a battle.

2               I'm fairly certain I could carry out

3        my vengeance easily, and that is satisfaction

4        enough, because I can look you in the eye and

5        call you the pathetic, spineless dog you truly

6        are, and you're powerless to stop me.  Nothing

7        you can do can harm me anymore, harm my

8        brother anymore, harm my mother anymore.

9               You can't hurt xxxx anymore.  She's

10       free of you, Father.  And she's doing

11       amazingly on her own.  She's got a bright

12       future, one you'll never see, one you'll never

13       darken again.

14              I will never forgive you for what

15       you've done.  But I will thank you for making

16       me as strong as I am now, for making me aware

17       of the darkness in my own heart, and the fear

18       of turning into you, because now I focus on

19       bettering myself and mastering myself, finding

20       peace within myself.

21              I struggle with my doubt, and I walk

22       a very narrow path, but I will be the better

23       version of you, with your wit, intelligence,

24       and charm, but none of your cruelty.  My

25       family is my charge, and I will be their

```
1          protector.  I will purge your darkness from my

2          heart, and I will be the knight you failed to

3          be.  Just like Smaug, you fell because of

4          arrogance and underestimating those around

5          you.

6                    If you have even a small piece of

7          humanity left, then you will do two things:

8          You will fight to survive in there, endure,

9          and live out your days until you die; and you

10         will answer for me one question when I come

11         asking:  What does the blue sky mean to you?

12         You said once you'd tell me when I was old

13         enough.  I want to know.  But if you choose to

14         run instead, then that will be the end, and

15         I'll have my answers either away.  May you

16         find peace.

17                    THE COURT:  Mr. Livingston, do you

18         have any questions of Mr. Stull?

19                    MR. LIVINGSTON:  No, I don't, Judge.

20                    THE COURT:  Thank you.

21                    Ms. Smolar?

22                    MS. SMOLAR:  Your Honor, at this

23         time, the government calls the victim's other

24         brother, Travis Lemley.

25                    THE COURT:  Mr. Lemley, would you
```

1      step forward, please.

2                    - - - -

3           (The witness was duly sworn.)

4                    - - - -

5           THE CLERK:  Can you state and spell

6      your name for the court reporter.

7           THE WITNESS:  Yes.  It's Travis,

8      T-R-A-V-I-S, Lemley, L-E-M-L-E-Y.

9           Good afternoon, Your Honor.  My name

10     is Travis Lemley.  I am the oldest of my

11     mother's three children, and the oldest

12     brother of the defendant's victim.  I would

13     like to thank you for the opportunity to

14     address you in court today as a voice for my

15     family.

16          For 25 years, I called the defendant

17     my dad, a man who I thought was a hero, a

18     fighter, and a protector.  I considered him

19     and thought of him as a man who, even with his

20     shortcomings, could do no wrong.  I was the

21     one who was wrong.

22          For ten years, from the time my

23     sister was less than two years old up until

24     the day of his arrest, the defendant had been

25     molesting, raping, and sodomizing my innocent

1    sister, a child he swore to protect from the

2    demons of the world, when he, in fact, was a

3    true demon in our home.

4              On April 29th, 2016, the person that

5    I knew as my dad, in my mind, had died.  He

6    vanished in the blink of an eye, but not

7    without leaving a trail of pain and heartache

8    behind him.  We realize that there is such a

9    thing as a wolf in sheep's clothing, and he is

10   sitting in this courtroom today.

11             Rather than being her hero and the

12   one saving her from all that could hurt her,

13   he was the one hurting her the most.  He

14   threatened her by telling her that she would

15   be returned to her biological family and that

16   she would never see the members of our family

17   again.  He used that to keep her quiet and not

18   tell us what was happening while we were away.

19   He is the definition of a monster.

20             Your Honor, the man sitting in the

21   defendant's chair will attempt to tell you

22   that this is a result of posttraumatic stress

23   disorder, that he was, quote, unquote, trying

24   to figure out how to make it stop and get

25   help.  But none of that is true.

1               When the topic of posttraumatic

2        stress disorder would come up, time and time

3        again he would deny having any symptoms or

4        form of posttraumatic stress disorder.  I know

5        men and women with PTSD; this is not what they

6        do.  They do not commit horrible acts of this

7        nature.  I urge you not to allow the defendant

8        to stigmatize hundreds and thousands of men

9        and women who have worn, and are currently

10       wearing, the uniform of our armed forces, who

11       struggle each and every single day with PTSD.

12              The monster you see sitting in

13       shackles and a prison jumpsuit is just that:

14       a monster, a coward, a lowlife.  He has no

15       remorse for what he has done.  The only

16       sadness that he feels is for himself, because

17       he was caught and now must face the rest of

18       his life behind bars, walls, and barbed wire

19       fences of a prison.

20              Eric, during your sentencing in

21       state court, I read another statement similar

22       to this.  Do you remember?  I spoke to the

23       Army Core Values that you took an oath to

24       defend and live up to.  You may remember

25       hearing the following:

1              Loyalty:  Rather than being loyal to

2      his country and fellow soldier, your only

3      loyalty was to yourself.

4              Duty meant you were to fulfill your

5      obligations.  But your main obligation was to

6      be a protective, loving, and caring dad; yet

7      you failed to do so.

8              Respect:  Treat people as they

9      should be treated.  But instead you degraded,

10     humiliated, and belittled us because you

11     thought we were beneath you.

12             Selfless Service meant that you put

13     others before yourself and that it was larger

14     than just one person.  But instead you chose

15     to be selfish and only care about yourself.

16             Honor:  Were your actions honorable?

17     Were you living up to the Army values in your

18     daily life?

19             Integrity means to do what is right,

20     both legally and morally.  Your actions and

21     crimes were both indicative of illegal and

22     immoral behavior that goes against these

23     values.

24             Personal courage means to stand up

25     for, and act upon, the things that you know

1          are honorable.

2                    The things that you did were the

3          exact opposite of what you swore to.  You

4          swore to protect against all enemies, both

5          foreign and domestic; yet instead, you became

6          the domestic enemy.  You turned your back on

7          everything you took an oath for, and took it

8          to protect.  Do you remember hearing these

9          words?

10                    Do you remember the letter that you

11         wrote to my mother, using her maiden name,

12         where you specifically wrote to my mother to

13         read to me the following, quote:  As for your

14         sons, I have nothing to say, except Travis

15         knows nothing of honor and integrity.  At

16         least I never stole from my parents.  I was

17         sick when I did what I did.  What's his

18         excuse?  As for Jarod, grow up and leave off

19         the stupid video game crap.  Other than that,

20         good luck, end quote.

21                    My guess is that you'll say you

22         don't remember or you forgot.  In your own

23         words from when I was a kid, quote:  Oh, I

24         forgot.  How convenient.  How do you forget

25         something you said or did that easily?

1              The only difference is that you're

2       not getting slapped in the back of the head

3       for forgetting like we did.

4              Well, let me fill you in on

5       something that you may have forgotten.  I have

6       made amends for what I did.  I was sick.  I

7       was bound by addiction to heroin, which I have

8       now been clean and sober for, for eight years,

9       without relapse.  Jarod and I are both engaged

10      to be married to our beautiful soon-to-be

11      wives.  We are both living on our own, with

12      great jobs and in our own homes.

13             Where does that excuse you of your

14      wrongs?  You say that you were sick, but are

15      you really comparing my past to your present?

16      You are a narcissist, a sociopath, a monster.

17             You once said, quote, it is not

18      fair, when speaking of your sentence.  But

19      allow me to ask you this:  How is this fair to

20      xxxx?  When did she ever deserve the vile and

21      unspeakable acts that you did to her?  How

22      many times did she beg you to stop and you

23      refused?  When did you ever think that you

24      wouldn't get caught?  Did you really think

25      that you could go through your whole life and

1            never pay for what you did to her?

2                       No, I don't expect any answers.

3                       Beginning with the day of his arrest

4            and up to now, Your Honor, our family has

5            gotten stronger.  We have gone to counseling,

6            began new jobs, continued education, et

7            cetera.  In the wake of this tragedy, we have

8            become a more united family, both more alert

9            to the things going on around us, and

10           supporting each other more than ever.

11                      We have received letters, messages,

12           and phone calls of immense support since this

13           was first discovered.  We have realized that,

14           while not everyone may support us, those who

15           do only want to help us heal and get even

16           stronger.

17                      Though this is something my sister

18           will never, quote, unquote, get over, as he

19           has stated, due to her youth, my sister is

20           resilient.  My sister is strong, and she is

21           courageous.  She has finally been able to face

22           each day knowing that the threat and the

23           horror that she endured for ten long years is

24           finally over.  I've watched her grow stronger,

25           be happier, smile more, and in general, she

1          loves life again.

2                    My sister is a straight A and B

3          student, and a member of the Junior National

4          Honor Society.  She has been selected for

5          possible admission to the California

6          University of Pennsylvania Upward Bound

7          program.

8                    She has not allowed this monster to

9          defeat her or break her spirit, because she no

10         longer fears for her safety.  She knows that

11         she will never be subjected to that torture

12         and horror again in her life.  She will be

13         like a phoenix rising out of the ashes, for

14         the past ten years are the ashes that she has

15         already risen so highly above.

16                   My mother, the woman who swore that

17         he was worth saving, and thought hung the

18         moon, has found a new sense of purpose.  She

19         has begun a new career, a secure life, and she

20         is getting stronger each and every day.  She

21         has us, her three children, her two

22         daughter-in-laws, and my son, her grandson, to

23         love her, encourage her, and empower her.  You

24         can no longer tear her down and belittle her,

25         for she now knows her worth, something you

1    never showed her.

2         We are a family of fighters, and we

3    will not let this knock us down.  When all

4    bets are on the table, we will come out on

5    top.  We will not let this defeat us, for we

6    will prevail.

7         Today, as I stand here in this

8    courtroom, I know that we will get through

9    this, that we will never forget what was done

10   to my little sister, but more than anything,

11   we will find solace in knowing that her

12   attacker will never be able to attack her

13   again.

14        It is my sincere hope and prayer

15   that you, Eric, will never see the light of

16   day from the outside of the confines of a

17   prison ever again.  I hope and pray that the

18   Pennsylvania Superior Court judges can see

19   through your facade, bogus blatant lies, and

20   fake crocodile tears, and deny your appeal

21   time and time again, as we already know that

22   you have filed one.

23        Our family will be eternally

24   grateful for the work of the State Police

25   Cyber Crimes Unit -- Trooper Matthew Haslett,

```
 1              retired Corporal Goodyear, and retired
 2              Corporal Roush -- for their part in the
 3              investigation and arrest of this individual.
 4                     We thank the United States
 5              Attorney's office for all their hard work in
 6              making sure that these crimes don't go
 7              unpunished, the Greene County District
 8              Attorney's office, and Victim's Advocate
 9              Ms. Rumsky for always talking us through
10              everything and being our light at the end of
11              the tunnel.
12                     And lastly, we thank the counselors
13              who have sat with us and talked to us over the
14              last two years as we continue to strengthen
15              ourselves mentally and emotionally.  We will
16              never forget any of you for all the work that
17              you do.
18                     Today, Your Honor, I ask that you
19              sentence Eric James Stull, the monster who
20              thought that he could tear us down and break
21              us, the person who committed these unspeakable
22              acts against an innocent 13-year-old child for
23              the last ten years, the maximum sentence that
24              the law allows.  Our hope is that this person
25              will never see the light of day outside the
```

```
1            confines of a prison ever again.

2                      I thank you again, Your Honor, for

3            allowing me to address the Court today as a

4            voice, an advocate, and a true protector for

5            my sister.

6                      THE COURT:  Do you have any

7            questions, Mr. Livingston?

8                      MR. LIVINGSTON:  No, I don't, Judge.

9                      THE COURT:  Thank you, sir.

10                     MS. SMOLAR:  Your Honor, at this

11           time, the government calls the victim's

12           mother, Mona Lemley Stull.

13                            - - - -

14             (The witness was duly sworn.)

15                            - - - -

16                     THE CLERK:  Can you state and spell

17           your name for the court reporter.

18                     THE WITNESS:  Mona, M-O-N-A, Lemley,

19           L-E-M-L-E-Y, Stull, S-T-U-L-L.

20                     Good afternoon, Your Honor.  Thank

21           you for giving us an opportunity to speak

22           today.

23                     For ten years, my daughter was

24           silenced.  She had no voice, led to believe

25           that no one would listen to her, brainwashed
```

1        into believing that she would be questioned,

2        that no one would take her allegations

3        seriously.  She now knows all this to be

4        false.  Today, her brothers and I are her

5        voice, and she will not be silenced any

6        longer.

7                  For 25 years, I was married to the

8        man that sits in your courtroom.  He was my

9        world.  He was my soulmate.  He was my hero.

10       He was the man that I planned to spend my life

11       with, grow old with, watch our children find

12       their paths in life and begin new journeys

13       with.  We were going to watch our

14       grandchildren play as we sat on the front

15       porch together.  He was the dad and father to

16       my children.  He was my forever love.

17                  I would often wonder how someone

18       like me could be lucky enough to have such a

19       handsome man, this soldier, this combat

20       veteran, actually love me, to have him in my

21       life, to share my hopes and dreams with.  I

22       often questioned, when he would look at me,

23       what did he see.  I was so proud, and I would

24       fall in love each time I saw him in his

25       military uniform.

1              Now I question every word he ever

2        said to me, every compliment he ever gave,

3        every poem he ever wrote.  I question 25 years

4        of marriage, and believe now that I was just a

5        decoy to hide his perversion, that he only

6        kept me around to camouflage his deceptive

7        practices, to keep anyone from suspecting what

8        he was doing and what he was capable of.

9              My children and I were a well

10       thought-out plan to fool everyone into

11       believing that he was something other than the

12       monster he truly was, a monster capable of

13       committing such acts against a child.

14             When we brought xxxx into our home,

15       I wasn't sure that I could raise another child

16       due to a few health issues and the fact that I

17       was the only one working at the time.  I

18       wasn't sure that I could raise a little girl

19       since I was so used to the boys.  I doubted my

20       ability in being able to give her the time and

21       attention she needed and deserved.

22             But after a little thought, I felt

23       that this was our second chance, to make

24       better parenting choices, to raise this child

25       differently.  She needed us, and we needed

1    her.  She was the puzzle piece that our family

2    had been missing.  We now felt whole.

3            It became clear that xxxx eased

4    Eric's nightmares.  She could get him to go to

5    the doctor, take his medication, and she was

6    the reason he kept his anger in check.  She

7    was good for him.  Together, she and I were

8    working on bringing him back from a war zone

9    that plagued his heart and haunted his dreams

10   for so many years.

11           Eric wanted a little girl, something

12   that I was unable to give him naturally.  He

13   wanted a daughter.  Now I know why.

14           On 29 April 2016, the world I

15   thought we were living in crashed down around

16   our feet when we found out that my daughter

17   had been molested for the ten years that she

18   had been living with us.

19           Within a week of her coming into our

20   home, Eric Stull, the man that she adored and

21   loved, the man that was to protect her from

22   everything in this life, the only man that she

23   knew as dad, began molesting this child, this

24   baby.  When he photographed and/or videotaped

25   himself raping her for the first time, she was

1      not even two years old.

2              She needed to be loved and

3      protected, needed to know that she was safe

4      and secure, needed to live a life of no more

5      rejection, but instead was tortured and

6      threatened by someone that was supposed to

7      take care of her.

8              Because of what she had been through

9      before she came to live with us, he was able

10     to manipulate her into keeping his abuse

11     quiet.  He groomed her into believing that

12     what he was doing to her was okay, that it was

13     normal, and that he loved her.

14              Your Honor, I will not tell you of

15     the losses he has caused.  He will not win or

16     gain any pleasure in believing that he and his

17     crimes against my child could tear us down or

18     break us.

19              I will tell you that my children and

20     I have become stronger.  We have a support

21     team that stands with us each and every day.

22     We rely on each other more, and we have come

23     together and become closer through this.

24              Eric Stull has already appealed the

25     state sentence, and lost, but continues to

1    appeal to the higher courts.  He feels that

2    Judge Dayich was too harsh in his sentencing,

3    citing cruel and unusual punishment.  He

4    doesn't think about the cruel and unusual

5    punishment my child endured for ten years from

6    him.  He doesn't think about the cruel and

7    unusual punishment that my child continues to

8    endure not only from others, but within her

9    own mind, heart, and soul.

10           Now realizing that you will spend

11   the rest of your life in state prison, I would

12   imagine that the 20-year plea deal offered by

13   the assistant district attorney, and declined

14   due to not being fair, is looking pretty good

15   right about now, huh, Eric?

16           He is also upset that he has been

17   deemed a sexually violent offender because he

18   will not be able to have access to classes and

19   programs that are offered in prison.  That

20   should have been something to think about

21   before he raped a baby.

22           Classes and programs?  Are you even

23   kidding me?  It's all about him, his losses,

24   his comfort, him not being able to have access

25   to things.

1          What about my child, my children?

2     Does he ever think about his actions against

3     her?  Does he ever think about how this will

4     affect her as she gets older?  Does he think

5     about how his crimes affected my sons, how

6     they blame themselves for not being able to

7     protect their baby sister, how they criticize

8     themselves because she didn't come to them to

9     tell them what their father was doing to her?

10    I doubt it.

11         His only concern is, and has always

12    been, his needs, his gratification, his

13    pleasure, his desire; nothing or nobody else

14    matters.

15         In an impact statement I read to the

16    Commonwealth Court, I said that I was thankful

17    for no hate, that I couldn't look at my

18    youngest son and hate his father.  I have

19    learned hate toward this man, this person,

20    this monster.

21         I must congratulate you, Eric, on

22    the way you addressed the letter to me and

23    xxxx after your sentencing.  Using my maiden

24    name was ingenious.  Still trying to control

25    her from jail -- that will never happen.  You

```
 1          have no control over her; she is stronger than
 2          that.  She is stronger than you gave her
 3          credit for.
 4                     Wanting me to allow her to read your
 5          words, claiming that you were going to kill
 6          yourself because then the military would have
 7          to pay the insurance, blaming Sergeant Reed
 8          for going forward with the disciplinary
 9          actions, the United States Army and the
10          supposed secret missions and experimentation
11          that you claim you were involved in, for the
12          situation and the outcome -- you caused this,
13          you and only you.
14                     Wanting her to read that you will
15          check in on her from time to time after you're
16          dead -- is that how you controlled her while
17          you were in Iraq and away for work and
18          training?  Did you lead her to believe that
19          you were capable of seeing and hearing what
20          she was saying and doing even when you were
21          away?
22                     Oh, you were very careful in your
23          wording.  You didn't actually say the words,
24          because you knew that if your letters were
25          read by others, you would certainly be watched
```

1     a lot closer, but those that knew you, or

2     thought they knew you, are well aware of what

3     you were saying.

4            Claiming that you will sign the

5     letter with the instrument of your death --

6     no, that was not the instrument.  The grenade

7     blast that we thought you had survived was

8     that instrument.

9            A month after the blast and the TBI

10    diagnosis, your guard was down.  You did

11    things that you would have never done before.

12    You shared a video.  You made mistakes.  You

13    forgot to read the manual that you had

14    downloaded.  You forgot to cover your tracks.

15    That was the instrument of your demise.

16            Did you hope that I would be stupid

17    enough to show her the letters, thinking that

18    if she read your words she would feel guilty

19    and want to visit with you, to have her

20    comfort you and ease your mind?  Did you hope

21    to get another look at her, to see your victim

22    just one more time, and to gain a visual of

23    her to keep in your head as you lay in your

24    prison cell at night?

25            You want her to visit you so that

1    she can scream and yell at you, to cuss you

2    out.   She is too good for that.   Her heart is

3    too precious to do that.

4          She doesn't even want to think about

5    you.   You are a void in her mind.   You have

6    become insignificant and meaningless to the

7    one person you wanted to be everything to.

8    You have become weak and powerless to the

9    people that you tried to control and destroy.

10   You are nothing to her.   You are nothing to my

11   sons, their fiancees, and to my grandson.   You

12   are nothing to me.

13         Some of the most disturbing portions

14   of that letter are where he tried to give her

15   advice about sex and boys.   How dare you?

16   Warning her that the only thing that boys want

17   from a girl, how they will lie to get what

18   they want, how they will use love to

19   manipulate her to get what they want.   He

20   taught her well about lies and manipulation.

21         And priding yourself on the illusion

22   that you did not take her innocence away, no

23   matter what I or law enforcement saw on the

24   videos or in the photos -- how would you know

25   that?   How would you remember that detail,

1     since you claim to have blacked out during the

2     times that you molested her, videotaped

3     yourself raping her, and photographed the

4     abuse you've subjected her to?

5              Blacked out?  How convenient that

6     these blackouts happened when I was working to

7     provide for our family, in the hospital having

8     a hysterectomy, taking care of ill family

9     members, caring for my father after surgery,

10    and staying in the hospital with my mother as

11    she was dying.  It must have been sheer joy

12    for you when a member of my family fell ill,

13    because you knew that I would go to care for

14    them and you would have full reign on my

15    child.

16             I needed you to care for xxxx so

17    that I could do what was needed and what my

18    mother raised me to do:  take care of the

19    family in her absence.  You used those times

20    to abuse my baby, to threaten and brainwash

21    her into believing that she needed to be quiet

22    about what you were doing, and to feed your

23    perversion.

24             Times when she needed comfort and

25    understanding to help her come to terms with

1          illness and death, you raped, sodomized, and

2          mentally, physically, and emotionally abused

3          my child.

4                    Eric Stull never complained about

5          blackouts when he would be riding his

6          motorcycle for hours upon hours, driving a

7          water truck as employment, out fishing or

8          hunting on days off.  He never told his

9          doctors, the military, or civilian employer

10         about these blackouts before he was arrested

11         and charged with his crimes.  I knew nothing

12         of blackouts until he made mention of it in

13         the letter he wrote to me after he was in

14         jail.

15                   I will ask the questions, the same

16         three that I asked you during the sentencing

17         hearing from the Commonwealth Court.  Are you

18         listening, Eric?

19                   Did you purge your soul when you

20         leaned in to whisper into my beautiful

21         mother's ear as she took her last breath?  Did

22         you ask her forgiveness for raping and

23         sodomizing her beloved granddaughter as she

24         lay in that hospital bed fighting for her

25         life?  Did you make promises to her that it

1       would never happen again when you would visit

2       her grave?

3               Think about those questions.  Gauge

4       your answers very carefully, because when you

5       face our creator on judgment day, you will

6       have to face your sins, and you will no longer

7       be able to hide from the truth.  I will never

8       offer you forgiveness, but I will pray for

9       your soul as it burns in hell for all

10      eternity.

11              Honestly, Eric, you deserve to be

12      abused and tortured each and every day of your

13      miserable and pathetic life.  You need to be

14      punished for what you have done to my

15      beautiful baby; not be allowed to go to

16      classes and programs.  You are sexually

17      violent, and you are a predator.

18              In the words of his state lawyer,

19      Mr. Erick D. Rigby, they feel that he

20      shouldn't be labeled as a sexually violent

21      offender because he had only one victim.  Only

22      one victim.  Only.

23              I would believe that if the only

24      victim was this attorney's child, he would not

25      have used those words.  He would want justice

1          for his child.  This is my child, my baby, my

2          chosen one, my Mini Me, and I want justice.

3                    What do you do when the wolf is no

4          longer outside of the door, but inside, hidden

5          in sheep's clothing, sitting on a couch,

6          eating at your dinner table, and sleeping in

7          your bed?  How do you learn to trust again?

8          How do you not see everyone as evil?  How do

9          you stop blaming yourself for not seeing signs

10         that weren't there?  How do you not believe

11         the words spoken about you on social media?

12                   I used to think that I was a pretty

13         good parent.  I was that mom:  I wanted to

14         know where my kids were, who they were with,

15         and what they were doing.  I wanted to know

16         the parents of their friends, and know that

17         they were safe.  I didn't allow the boys to

18         stay overnight at friends' houses.  I did not

19         allow them to go wherever they wanted.

20                   I was told that I was coddling them

21         and making them momma's boys.  I loosened my

22         grip, allowed them their freedom.  And because

23         they believed that I no longer cared about

24         them or their lives, they rebelled.  The one

25         person that they should have never had to

```
1          question, stopped asking where they were

2          going, who they would be with, and when they

3          would be home.  They questioned their mother's

4          love and loyalty.  They questioned if I even

5          cared.  I failed my sons.

6                    Travis turned to drug use, lying,

7          and stealing.  Jarod found a different, but

8          equally dark path of destruction.  They were

9          both lost in depression, anger, and feelings

10         of rejection.  Travis chose drugs to deal with

11         his pain.  Jarod attempted to take his life on

12         more than one occasion.

13                   I told myself that I would never

14         watch my daughter go down any of those paths,

15         assuring her that I was always there, that I

16         always had her back, and that she would always

17         be safe.

18                   I allowed her freedom from the

19         beginning.  I allowed her to spend nights with

20         friends.  I wanted her to be more social, and

21         I encouraged her to interact so that she could

22         learn acceptable behaviors and about peer

23         pressure.  She loved being with her friends,

24         and the parents absolutely adored xxxx, but

25         she also loved being at home, and I was glad
```

1          of that.

2                    In addition to weekly shopping trips

3          and doing the normal mother/daughter things,

4          she enjoyed riding the motorcycle, going

5          hunting and fishing, and watching movies with

6          her dad.  She was supposed to be safe; he was

7          supposed to protect her.  He was not to allow

8          anyone to hurt her, and yet he was the one

9          that was hurting her the most.

10                   How do you move on?  How do you stop

11         questioning the motives of everyone around

12         you?  How do you not wonder if every time

13         someone hugs, shows your child some attention,

14         or is generally caring toward them, that they

15         aren't trying to lure them in and gain their

16         trust, and yours, so that they can abuse your

17         child?

18                   And on the same token, how do you

19         explain to your child that when someone who's

20         been a part of her life, given hugs each time

21         they see her, suddenly shies away, doesn't

22         open their arms for that hug, and stops

23         visiting because they don't want to be accused

24         of doing something inappropriate, or seen as a

25         predator.  How do assure your child that it is

1        nothing that she did wrong?

2            Xxxx knows that there are people out
3        there that blame me, her brothers, her
4        grandparents, for not seeing the signs.  They
5        don't understand that there were no signs.
6        And to this day, unless you know my family or
7        read the articles, you would never know what
8        she has endured in her life.

9            How do I assure my now 24-year-old
10       son, the only blood child of Eric Stull that
11       I'm aware of, that he isn't like his father
12       and will not become what his father is, when
13       for so many years we would tell him that he
14       was his father's child?

15           I used to argue with Eric about
16       Jarod looking like him.  Eric would deny it,
17       claiming that he was better than Jarod, that
18       Jarod was too skinny and weak, that Jarod was
19       a geek because he enjoyed playing his video
20       games.  He didn't care how his words hurt
21       Jarod.  I honestly think he wanted to hurt
22       him, break him down, break his spirit.

23           Now when I look at my son and I see
24       glimpses of his father, I wish I could take it
25       all back, take back the words that are now

1          terrorizing the heart and mind of my beautiful

2          baby boy.  He fears becoming a monster.  He

3          loathes the blood in his veins, and the genes

4          contributed by his father.  He is disgusted by

5          his temper, because he sees his father in the

6          mirror when he's angry.

7                   How do I convince my son that he is

8          good and wonderful, and will never become what

9          he fears, that he needs to remember the part

10         of him that is me?  How do I stop the

11         nightmares that invade my sleep?  How do I

12         stop the visions that consume my mind?

13                  How do I stop blaming myself?  Maybe

14         if I was a better wife, a better mother, if

15         only I would not have taken him back when we

16         separated and divorced.  If only I would have

17         forced him go to the therapist when he came

18         back from combat.  Why did this happen?

19                  Maybe, if only, should have, could

20         have, would have, how, and why; these words,

21         these questions, will haunt me for the rest of

22         my life.

23                  Your Honor, please allow me to

24         direct this to the reporters that may be in

25         your courtroom today.  Everybody wonders why

1          rape, incest, and abuse of this magnitude are

2          not reported.  I know that I used to ask those

3          questions -- until my family became the

4          subject of newspaper articles and news

5          reports.  Now I understand why so many are

6          silent, why so many refuse to come forward.

7                    Who would have thought that the

8          details of a court proceeding happening 50

9          miles away would make it into the local paper

10         nearly three days later?  I thought we were

11         safe, only to find out -- after my daughter

12         was in school -- that it had been published

13         again.

14                   You have no idea how difficult it is

15         to have your child's name, details of your

16         life, and the stories from the newspaper

17         shared on social media, and reading the

18         opinions of others about what a horrible human

19         being you must be, that you are the scum of

20         the earth and a lowlife piece of crap.

21                   Have you any idea how it feels to

22         fear for your life and your children's lives

23         because your physical address was published in

24         the newspaper?  Have any of you felt the fear

25         of having to be on high alert every time a

1    strange vehicle drives by your home?  Did you

2    ever read comments on social media about how

3    you should be in jail, or better yet, shot,

4    because they believe that you were involved or

5    protecting the abuser?

6            Ask me how it feels to know that you

7    can never go anywhere without your weapon on

8    your hip.  Ask me what it's like not to be

9    able to relax and take your eyes off your

10   family when you are out and about, because you

11   don't know if it could be the one time that

12   someone will act on the threats of violence

13   toward your family.

14           Imagine having to console your child

15   when she comes home from school in tears

16   because another child looked up the newspaper

17   articles, or saved her abuser's mugshot and

18   takes pleasure in pulling it up and showing it

19   to her, just to be nasty or get a reaction;

20   having to warn your child that this isn't over

21   yet, that there will be another article

22   published.

23           A child that has already been

24   through hell and back has to brace for impact

25   after each and every court proceeding because

1   we know that it will be in the papers or on

2   the news, and the kids will bring it up,

3   taunt, make fun, make crude remarks, and ask

4   even more questions.

5           Have any of you considered my

6   daughter in your reporting?  Do you realize,

7   or care, that you are revictimizing the victim

8   every time you put this in the newspaper?

9   Does it matter to any of you?  I guess not.

10  After all, you are just doing your job, giving

11  the public what it wants, and selling

12  newspapers.

13          My children, Travis Cody Huston,

14  Jarod William Edward, xxxx xxxxx xxx, my

15  soon-to-be daughters-in-law, Mackenzie Nicole

16  and Whitney Kay, and my grandson Michael Todd,

17  and I have time to work toward a new future,

18  bigger and better than we could have ever

19  thought possible.  Our lives have started

20  again, and we are making it.  We will achieve

21  greatness because we believe not only in

22  ourselves, but in each other.

23          Xxxx xxxxx xxx, the name she goes by

24  now, is an amazing young lady.  She has grown

25  so much in the past two years.  She is

1        currently in the eighth grade, and is a member
2        of the Junior National Honor Society and holds
3        the office of vice president in that
4        organization, with a 3.6 GPA.
5               When the military stripped him of
6        his rank and retirement, my daughter lost the
7        ability to use the GI bill.  My daughter will
8        go to college.  She will have the education
9        that was promised to her, even if I have to
10       beg, borrow, and steal.
11              She is a color guard member and is
12       active in various clubs in school.  Xxxx is
13       well liked by her teachers and peers, and is
14       very social and outgoing.  Xxxx will interview
15       with Upward Bound this week, and will
16       hopefully be accepted into the program at
17       California University, where she will be able
18       to broaden her horizons and interact with
19       people from many different areas and from
20       other cultures, as she prepares and gains
21       insight into her future.
22              She volunteers, as we all do, at the
23       National Pike Gas, Steam and Horse Association
24       shows, where she is loved and supported by the
25       members, and they argue about which food stand

1      she will work in each season so that they can

2      spend time with her during the shows.

3                  Xxxx is looking forward to her

4      second formal this year, and is again awaiting

5      the return of her Superman, Sergeant Clark

6      Young, from a short deployment.

7                  On January 30th, we celebrated the

8      fourth anniversary of Gotcha Day, the day she

9      was adopted.

10                 In addition to an already full

11     summer of band camps, parades, and

12     competitions, xxxx received the gift of a trip

13     to Florida, where she will be spending a few

14     weeks this summer with my best friend Michele,

15     her husband, and their three children,

16     learning to water ski and kayak, and also

17     touring a few of the local colleges to

18     determine if they may be a good fit for her to

19     continue her education.

20                 Xxxx is now able to sleep better at

21     night.  Her dreams are no longer filled with

22     terror.  She no longer lives in fear of what

23     might happen.  She knows that her abuser will

24     never be able to hurt her again.  She knows

25     that there are so many people that she can

```
1        turn to, and that no matter what, no matter
2        who, no matter where, she can tell me
3        anything, and she is not alone.  She also
4        knows that her momma will take on anything and
5        anyone to protect her, and I will give my life
6        and last breath to keep her safe.
7                Your Honor, she is strong, and she
8        gives me strength.  I am in awe of her every
9        day of my life.  Her ability to smile through
10       all of this, to achieve the grades and honors,
11       and to be able to trust others in spite of
12       what she has endured amazes me.
13               My daughter, while a little bent,
14       will never be broken.  She will never be
15       silenced again.  She will be an advocate for
16       those who feel powerless.  She will be a voice
17       for others.  The crimes against my daughter,
18       committed by Eric Stull, will not define her.
19       She is no longer a victim; she is a warrior,
20       she is a survivor.
21               THE COURT:  Thank you.
22               Mr. Livingston, do you have any
23       questions of Mrs. Stull?
24               MR. LIVINGSTON:  No questions.
25               THE COURT:  Thank you very much.
```

```
 1                        Ms. Smolar, is that it?
 2                        MS. SMOLAR:  That is, Your Honor.
 3                        THE COURT:  I will entertain
 4         argument from Mr. Livingston, then Ms. Smolar,
 5         and then finally a statement from Mr. Stull.
 6                        MR. LIVINGSTON:  Judge, let me talk
 7         to him for a minute, just in terms of his
 8         timing of speaking to the Court, whether
 9         before or our after comments, okay?
10                        THE COURT:  Oh, okay.  If he wants
11         to do it before, that's fine.
12                            -  -  -  -
13         (Counsel conferred with the defendant.)
14                            -  -  -  -
15                        MR. LIVINGSTON:  Judge, I'm going to
16         speak to the Court first.
17                        THE COURT:  Okay.  And then
18         Ms. Smolar and then Mr. Stull.
19                        MR. LIVINGSTON:  Judge, when you
20         were identifying both the guideline range and
21         some of the features of what the Court's
22         sentence is expected to be, I'm going to make
23         a few comments about a few of those points on
24         the legal side first, and then comment about
25         some of the features that play into your
```

1      governing, both under the 18 U.S. Code 3553,

2      and then under 18 U.S. Code 3584.

3              As you know from the pre-sentence

4      report, when we've been exploring this same as

5      lawyers, Ms. Smolar and I have had,

6      unfortunately, other cases where people are

7      charged with state court offenses and federal

8      production offenses or related child

9      pornography offenses.

10              One thing that we knew from having

11      been in this forum before is that the sequence

12      of which court goes first in other times might

13      make a difference in terms of issues ranging

14      from sentencing ranges, but in this case, we

15      knew from similar cases in the past that there

16      was no legal reason why I would not advise

17      Eric Stull to participate first in his state

18      court case.

19              And when you heard about the date

20      that's mentioned throughout the pre-sentence

21      report, it's also in the indictment, that date

22      is April 29, 2016, that was the day when the

23      warrant was executed, that also uncovered the

24      images that are the ones that constitute the

25      produced images in the first 39 counts of the

1    indictment.  Mr. Stull has been in jail ever

2    since that day.

3            At the beginning of our involvement,

4    he was placed in the Washington County Jail,

5    and our initial meeting was with Eric as well

6    as the county public defender of Greene

7    County, and what our advice from the very

8    beginning was, was that the very least he

9    could hope for as a sentence in federal court,

10   and therefore the very least he could hope for

11   as a sentence in state court, was a 15-year

12   minimum term of imprisonment.

13           Today, the custody having started on

14   April 29, 2016, Mr. Stull has been in jail for

15   23 months.  You can see from the clothing he's

16   wearing that he came to this court for a

17   guilty plea hearing, and has remained in

18   marshal's custody in the Allegheny County

19   Jail, but he was routed in from SCI Fayette.

20           He's been sentenced by a

21   Pennsylvania Court.  Again, the direct appeal

22   to Superior Court has been denied.  The

23   sentence that's manifest from the pre-sentence

24   report is 340 to 680 years.

25           When Ms. Smolar and I each heard

1    that number, we wondered what impact this

2    Court's sentence may have on anything relating

3    to Eric, his placement, his confinement, his

4    life expectancy.  What any sentence of

5    imprisonment means, given the sequence of

6    custody, is Eric Stull is primary jurisdiction

7    of the Pennsylvania Department of Corrections.

8         Upon this Court's sentence, he's

9    already been alerted, very soon after today,

10   he's going back to Pennsylvania, and he's

11   channeling probably through SCI Camp Hill,

12   where he will be designated to a state

13   institution to serve what looks to us like the

14   balance of his natural born life.

15        At the time of his arrest, he was 48

16   years old.  He's 50 years old today.  And when

17   we've been talking about the medical issues

18   that are in the pre-sentence report and we've

19   been talking about his age, whatever there is

20   about mental health that we're going to be

21   focusing on in a minute, we know that 340

22   years -- Eric Stull won't live beyond 340

23   years.

24        The oddity of a guideline range of

25   life is -- we're going to be commenting in a

1          minute on what we are submitting is a sentence

2          that, in this case, may be moot.  And mootness

3          is a concept that I explained to Eric Stull

4          soon after I heard 340 to 680.

5                    But we're still not, you know, a

6          pointless exercise, because, among other

7          things, the reason why people can speak to the

8          Court as they did, Eric's two sons and his

9          wife, is because part of this event is for not

10         just Eric's sake, but for Eric's family's

11         sake, for the Court's sake, for the

12         government's sake.  Everybody has an interest

13         in what happens to Eric Stull, including Eric

14         Stull, but not exclusively Eric Stull, so

15         those considerations govern some of my

16         comments, Judge.

17                    When this case begins, and we have a

18         client that served two active tours of duty in

19         desert campaigns, we frequently are able to

20         submit information to the Court in a

21         sentencing memo, with exhibits to document,

22         that could constitute grounds for a departure

23         for military or civic or charitable

24         contributions.

25                    There is no dispute that Eric Stull

1    served his country.  He served in two

2    campaigns.  There was some comment there

3    suggesting that PTSD was not accurately

4    diagnosed.  I believe there is no cause to

5    challenge the diagnosis of the professionals

6    in that regard.

7              Commenting immediately on the

8    offense conduct, I was handling a status

9    conference in this court, and your question to

10   Ms. Smolar from the beginning is:  Why 39

11   counts?  And I agree with Ms. Smolar, the

12   gravity of the behavior in this case warrants

13   39 individual counts and the grouping that

14   occurs with the individual units that are

15   identified in the pre-sentence report.

16              Each of those units generates

17   enhancements based on his family ties, based

18   on the gravity of the sexual contact, based on

19   the production with the base offense level of

20   32.  The phenomenal -- the craziness --

21   literally, craziness -- of what we're doing

22   here is, we will be well in excess of life

23   imprisonment.  340 to 680 years is well in

24   excess of life imprisonment.

25              Another anomaly, at least, is that

1          the Court has to frame conditions of

2          supervised release in this case.  I explained

3          that to that Eric.  The oddity is, because

4          he's going to be in primary state

5          jurisdiction, some of the things that the

6          Court would typically ask in terms of

7          recommendations -- when this case began,

8          blackouts that were mentioned in some of the

9          comments --

10              I watched the videos, Judge.  There

11         is no excuse.  There is no mitigation.  There

12         is no mental illness that could mitigate in

13         any way the gravity of what Eric did to that

14         little girl from ages 1 to 11.  When you think

15         about 3553(a), you're not going to get any

16         minimizing from Eric Stull or his attorney

17         about the nature and circumstances of this

18         offense.

19              Judge Hornak, a few weeks ago, in a

20         case that Jessica and I had, made a pyramid,

21         and he used first degree murder at the top of

22         the pyramid.  We're right there, Judge.  So

23         the oddity is, life imprisonment is a

24         guideline range sentence.  Life imprisonment

25         may be moot in reality, but as we think about

1          3553, as we think about 3584, as we think

2          about 5G1.3, we know today that the principles

3          of concurrency are triggered by this case.

4                    In a minute, I'm going to make a

5          number, a presentation for a number, and I'm

6          going to ask that that number be tendered and

7          considered seriously, but the number is for

8          the period that has preceded today, April 29,

9          2016 to today, rounding off that number,

10         that's 23 months.  5G1.3(b) would term that

11         23-month period an adjustment.

12                    THE COURT:  Right.

13                    MR. LIVINGSTON:  So beyond that,

14         we're talking about what in excess of that, A,

15         concurrent to 340 to 680 years, is enough but

16         not too much, sufficient but not greater than

17         necessary to address not just nature and

18         circumstance of the offense, off-the-chart

19         serious, also personal history and

20         characteristics.

21                    Again, the deceptiveness that

22         manifested in the comments of those people,

23         Eric had to be deceptive to continue doing

24         this over an 11-year span, no doubt, so that

25         is an aggravating factor.  Those people are --

1          again, the benefit of their counseling is,

2          nobody in that family is to blame.  This man

3          is to blame.  None of those people saw clues,

4          because there were no clues.

5                    Whatever he manifested as being a

6          difficult father to the boys or a loving

7          father to the girl, he was still a slimebag.

8          He did something that they call being a wolf

9          in sheep's clothing.  That's terrible.  That

10         little girl shouldn't have to suffer that.

11                   The encouraging thing that I said to

12         Eric, let your family comment on how well

13         she's doing, because you will have no contact

14         with her.  That, I believe, is an appropriate

15         recommendation from the Court, that he should

16         not have contact by letter with any of those

17         people.  That's going to be an issue, but I

18         think it makes sense.

19                   When I heard about a letter after he

20         was sentenced in Greene County, that was news

21         to me, okay?  There shouldn't be any contact,

22         given the gravity of this party.  Those people

23         have demonstrated both forgiveness on some

24         plane, but hate and damnation on another,

25         that's perfectly reasonable, that's perfectly

1      sensible.  This man has to cut his ties.

2              The good news is, he has

3      communication with his mother and father in

4      Arizona.  Cutting ties with those people on

5      the right side of me right now just makes

6      sense for his future.  Future is what we're

7      talking about now for Eric Stull.

8              340 years -- he's going to be dead

9      probably by age 70 or 80 at the latest, so his

10     life expectancy, we're talking about this

11     following number, Judge:  240 months is 20

12     years.  20 years minus 23 is 217 months.  Eric

13     Stull would be 48 years old at that point in

14     time.  If he's alive at that stage, which is

15     doubtful, he would still owe Pennsylvania.

16             The oddity of him being in primary

17     Pennsylvania jurisdiction is, he would only be

18     paroled at his minimum, 340 years, to a

19     federal institution, where they could do

20     things like talk about their mental health

21     programs, where they could talk about time off

22     for good behavior, where they could talk

23     about -- and this just is a crazy thing --

24     halfway house.  It's just not going to happen.

25             His life expectancy right now, if

1      you say 240 and round it back with the same

2      starting date, that would be where I'm coming

3      up with that 217-month number.

4              The oddity is, the argument about

5      recommendations to the Bureau of Prisons.

6      There plainly is a need, regardless, for

7      mental health evaluation and treatment.  One

8      of the things you asked at the beginning is:

9      Are there letters?

10             When we had this mitigation vision

11     for Eric Stull at the beginning of the case,

12     Jessica knows what I frequently do is, one of

13     our investigators, she gathers, and she went

14     through the trouble of gathering medical

15     records, mental health records, military

16     records, but we didn't submit them.  We didn't

17     provide for a mental health evaluation.

18             Eric Stull would benefit from a

19     mental health evaluation and treatment, and

20     I'm -- the oddity is, you can make that

21     recommendation to the Bureau of Prisons, the

22     effort when he's in a Pennsylvania

23     institution -- we have had a couple cases,

24     Jessica and I, that we know conceivably where

25     the Pennsylvania Department of Corrections is

1      going to place him, whether we can make

2      efforts through those auspices for mental

3      health evaluation and treatment.

4              There was something in Mona's letter

5      to the Court that was true:  Eric did attempt

6      suicide after he was sentenced.  He survived

7      the suicide.  It was a mistaken premise, that

8      he thought there might be insurance benefits.

9      He learned afterwards that that was not the

10     case.  So we haven't noticed in any of my

11     recent time with him any suicidal ideation.

12             The good news about his placement,

13     after the Court had a hearing of a guilty

14     plea, is he's continuously been lodged in the

15     Allegheny County Jail.  Mr. Lowers and I have

16     met him there twice for pre-sentencing

17     reviews, and Eric continues to receive

18     medication over there that seems to stabilize

19     his medical condition and his mental health

20     condition.

21             Because those medications are not

22     something that this Court needs to

23     specifically recommend to the Bureau of

24     Prisons, we're dealing with all of those

25     things, but ultimately, Judge, we know we're

1        at life imprisonment as the guideline range.

2        We know that life expectancy is

3        something well --

4                THE COURT:  Well below.

5                MR. LIVINGSTON:  -- below 340 years.

6        And from that perspective, as I tender that

7        number to you, we're dealing with multiple

8        counts.  What Steve said in his pre-sentence

9        report, however you want to frame a number, if

10       individual counts of production each have a

11       30-year maximum, you could make the sentence

12       longer than 30 years by stacking, but we're

13       submitting that under the various

14       considerations, 3553, gravity of the offense,

15       Eric's own personal history and

16       characteristics, again, military service is

17       significant, but it's far in excess trumped by

18       the gravity of the behavior.  It's not grounds

19       on its own for a downward departure; it is a

20       mitigating circumstance for the Court to

21       consider.

22               But the oddity is, when I said to

23       Eric, the physical condition that's recited in

24       paragraph 381, Mona's letter or comments also

25       included the business about him having some

```
 1          2015 trauma to his head -- again, that's well

 2          before the offense conduct in this case.  It

 3          was never a theme of our conceivable defense

 4          about blackouts or diminished capacity that

 5          could in any way excuse.

 6               I watched the video.  There was

 7          consciousness, there was brutalness in the

 8          video.  It's terrible.  From that perspective,

 9          we know 340 as a state court minimum may make

10          our exercises today here factually

11          insignificant in terms of his custody and

12          placement and life expectancy, but I am still

13          asking that the Court use the same 3553(a)

14          analysis, knowing that under 3584, you double

15          back to 3533(a) and figure out what the total

16          thing is, and that's the craziness, because

17          340 is greater than life, and life can be a

18          number.  And the length that we're asking is

19          less than 30 years, approaching 20 years with

20          the adjustment that I mentioned for those 23

21          months.  Thank you.

22               THE COURT:  Ms. Smolar?

23               MS. SMOLAR:  Your Honor, we don't

24          know what's going to happen with the appeals

25          in the state court, and we need the insurance,
```

```
1          at a minimum, of this case to ensure that this

2          defendant never sees the light of day.

3                    I can't do any better than the

4          family of the victim in describing the impact

5          on the family, the impact on the victim.

6          These family members were extremely eloquent

7          in describing the horror upon learning that

8          the child that they had adopted was abused for

9          ten straight years by this defendant, who

10         videotaped and photographed this little girl

11         in the worst possible circumstances.

12                   The facts of this case are the most

13         ugly and shocking I know I've ever seen, I

14         know my office has ever seen.  There is

15         nothing like this.  This defendant produced

16         over ten years' worth of graphic videos and

17         images documenting his violent sexual abuse of

18         this little girl from the time she was

19         one-year-11-months, as her mother said, not

20         even two years old -- year after year, raping

21         her, sodomizing her, torturing her, year after

22         year, until she was 11 and she was rescued by

23         this trooper sitting here, Pennsylvania State

24         Trooper Matthew Haslett, who just happened,

25         luckily, to go into that house on a search
```

1           warrant for child pornography, and found this

2           treasure trove of horribles, of year after

3           year of sexual abuse of this little girl.

4                   In total, there are 39 videos and

5           106 images which show the defendant sexually

6           assaulting what starts out as a baby and turns

7           into an 11-year-old child.  They depict every

8           enhancement, oral, anal, vaginal penetration

9           of this child over the course of her entire

10          life by this defendant.

11                  In several of the videos, the

12          defendant appears to be giving the minor

13          victim something to sniff that appears to be a

14          drug.  In one of the videos at least, you can

15          see her mouthing the word "ow," and appears to

16          be in pain.  In another, the victim, she's

17          saying, "stop," "no, stop," and also appears

18          to be in pain.  And all of these images and

19          videos are kept on his hard drive in a folder

20          labeled, "trade."

21                  Now, I'm not saying that they were

22          actually traded; I don't know, we haven't been

23          able to determine that.  I hope to God not.

24          But they were labeled, in a folder labeled

25          "trade," and he was sharing child pornography

```
1              from the Internet with other individuals --
2                    THE COURT:  That's how --
3                    MS. SMOLAR:  -- which is how Trooper
4         Haslett found him.
5                    When you look at these videos -- and
6         Mr. Livingston referenced seeing them, because
7         he did sit there and look at all of these
8         videos -- it stays with you.  It stays with
9         you because you see a child starting out as a
10        baby, as an innocent baby, who, ultimately,
11        over the course of all these ten years,
12        resigns herself to the conduct.  You can see
13        it in her eyes, you can see it in her body
14        language, and it's devastating to watch.  She
15        can't stop it, and she knows no one will help
16        her.  She was a helpless child who depended on
17        the defendant for her safety and security, and
18        didn't get it.  It's very hard to forget what
19        is seen in these videos.
20                   This is a very real child.  We don't
21        see this very often.  We see child pornography
22        cases of, you know, children all over the
23        Internet, but we don't see someone actually
24        producing images and videos in our own
25        jurisdiction where we can do something about
```

1          it.

2                    She has been irreparably hurt

3          physically and psychologically time and again

4          for a period of ten years for the defendant's

5          pure sexual gratification.  This little girl

6          has been through the worst kind of hell.

7                    And it is wonderful that she has

8          healed well and that her family has gotten her

9          help and that she is doing great in school,

10         all of that is extremely important, but this

11         is going to last a lifetime.  She will never

12         be the happy, innocent child she could have

13         been had this not happened.

14                   You've heard from the family, both

15         from her brothers and her mother, of how she

16         feels safe now, her nightmares have gotten

17         less, and she feels safe and secure in her

18         environment.  The only way to allow that to

19         happen is to ensure that Mr. Stull does not

20         ever get out of prison.

21                   And that's the reason for these

22         federal charges, Your Honor.  We don't know,

23         we can't control what happens in the state.

24         Admittedly, this is an extremely long sentence

25         that the state has imposed, and that brings

1       risks of its own.  The federal case stands

2       separately because the state case does not

3       involve production of child pornography; this

4       case does.  And this is not irrelevant at all.

5               You've heard the victims'

6       statements.

7               THE COURT:  So when you say -- wait

8       a minute.  When you say the size brings

9       problems of its own --

10              MS. SMOLAR:  Well, there's appeals;

11      there are appeals pending.

12              THE COURT:  Yes, absolutely.  But

13      the same would be true in our jurisdiction as

14      well.

15              MS. SMOLAR:  That's true.

16              THE COURT:  Okay.

17              MS. SMOLAR:  That's true.  But if

18      anything were to happen to that state

19      sentence, at least we have a federal sentence

20      that would run concurrent to it, that would

21      take over if anything happened in the state

22      case.

23              THE COURT:  But do you think it's

24      necessary to go the whole 340 years?

25              MS. SMOLAR:  Absolutely.  You've

1          heard from the family.  I've seen the videos.

2          I would offer the videos to the Court.  There

3          is --

4                    THE COURT:  Does that concern you in

5          any way in the mandate to impose a reasonable

6          sentence?

7                    MS. SMOLAR:  Your Honor, I believe a

8          reasonable sentence is life imprisonment.

9          That is the guideline sentence in this case;

10         it's not above the guideline sentence.  It's

11         the --

12                   THE COURT:  Then why aren't we doing

13         that, why aren't we saying life?  We have to

14         express it in months, I guess.

15                   MS. SMOLAR:  No, we --

16                   THE COURT:  Is that what --

17                   MS. SMOLAR:  I think the

18         pre-sentence report did say life imprisonment

19         as the guideline sentence.

20                   THE COURT:  No, that's not what the

21         recommendation is.  The guideline provisions

22         are life, yes.  And I don't disagree, I really

23         don't disagree with that, I don't.

24                   MS. SMOLAR:  Obviously, the Court

25         has discretion in this case.

```
1                    THE COURT:  Right.  I just --
2                    MS. SMOLAR:  What I am saying is, it
3           is extremely a unique case --
4                    THE COURT:  It is.
5                    MS. SMOLAR:  -- where you have 39
6           production counts, one distribution count, one
7           possession count, all very, very -- the most
8           serious federal offenses in the child
9           pornography realm, taking place multiple
10          years, not all at one time, over a period of
11          ten years, each year getting, frankly, worse
12          and worse, because this child knows what's
13          happening to her.
14                   There is no mitigation that I've
15          heard, also, in this case, of any value.
16          There is no medical report from any doctor.
17          The reports of PTSD have been self-reported by
18          the defendant, but we have no medical reports
19          in this case.  And frankly, even if the
20          defendant does have PTSD, as Mr. Livingston
21          said that hardly excuses the very deliberate
22          conduct that we see in the videos and images
23          in this case.
24                   THE COURT:  But, you know, I -- and
25          I'm not disagreeing with anything you've said.
```

```
 1              I don't know, I have not heard from Mr. Stull
 2         yet, so we'll hear what he has to say.  But I
 3         do look at this, and I see the -- so the
 4         Greene County Court has ordered a sentence of
 5         over 300 years.  Okay.  That's a state system;
 6         we're a federal system.
 7              To impose an equal sentence and then
 8         impose supervised release and then impose
 9         conditions of supervised release seems a
10         little off to me; not to you?
11              MS. SMOLAR:  I've seen the videos,
12         Your Honor.  I've seen --
13              THE COURT:  Oh, no, no.  It's not
14         about the conduct, I'm not talking about the
15         conduct.  I'm not talking about the conduct,
16         not at all.  I mean, I'm just saying, if there
17         is a guideline provision of life, then why is
18         it not just a life sentence with no supervised
19         release?
20              MS. SMOLAR:  That would be perfectly
21         acceptable, Your Honor.
22              THE COURT:  And is that something
23         that can be done?
24              MR. LIVINGSTON:  It's a guideline, I
25         believe so, Your Honor, yes.
```

 1              THE COURT:  Doesn't that make more

 2      sense?

 3              MS. SMOLAR:  I have not asked for a

 4      supervised release at this point, Your Honor.

 5      I understand where you're coming from, and I

 6      totally agree with that.  To me, the

 7      supervised release is irrelevant.  That

 8      hopefully will never happen.

 9              THE COURT:  And I mean, I don't

10      know, we've got a direct appeal, then you'll

11      go to the Supreme Court, and they'll either

12      say yes or no, and then we start the

13      collateral appeals, and that's fine.  You are

14      absolutely entitled to do that.  You're

15      entitled to do that here as well.

16              MS. SMOLAR:  The other thing to

17      think about is other cases of production of

18      child pornography in this circuit, because

19      we -- I understand, we do not want -- we want

20      to be sentencing Mr. Stull commensurate with

21      those cases.

22              And I did go back and look more

23      recently at some of the cases in the Third

24      Circuit.  The United States versus Larkin is a

25      Third Circuit case from 2010.  Certainly not

1          39 counts of production, it was far less than

2          that.  The defendant was sentenced to 360

3          months' imprisonment, and that was deemed

4          procedurally reasonable.  And the citation for

5          Larkin is 629 F.3d 177.

6                     Likewise, I can anecdotally tell the

7          Court that recently I handled a case, the

8          United States versus George Orbin, before

9          Judge Schwab.  Mr. Orbin was surreptitiously

10         recording juveniles in his home, never

11         touching them, they were not aware they were

12         being recorded like the victim in this case,

13         and Mr. Orbin has been sentenced to 30 years'

14         imprisonment.

15                    THE COURT:  Now, the statutory

16         provisions, however, are not life.

17                    MS. SMOLAR:  Well, when you stack

18         all of the production counts, it certainly

19         takes you there, Your Honor.  They are 15 to

20         30 years per production count.  And for the

21         distribution, they're 5 to 20.

22                    MR. LIVINGSTON:  Yeah, because when

23         we were dealing with each individual count of

24         production with a 15-year minimum and a

25         30-year maximum, with your point, to the

1    extent it's going to be forming your judgment,

2    it might just have to be, if you elect to do a

3    sentence greater than 30, to do the stacking

4    with a number rather than the --

5              THE COURT:  Right.

6              MR. LIVINGSTON:  Again, we're not

7    seeking such a sentence.

8              THE COURT:  Okay.  Yeah, I

9    understand that.

10             Is that it, Ms. Smolar?

11             MS. SMOLAR:  Yes, Your Honor, I

12   would say that's it.

13             THE COURT:  Mr. Stull, if you'd just

14   remain seated and speak into your lawyer's

15   microphone, because I think yours is not

16   working so well.

17             THE DEFENDANT:  There's a lot of

18   points, Your Honor, from my former family's

19   impact statements that I would -- if I was

20   even trying to defend myself, I would contest,

21   because there were some things said that

22   weren't right.  With that being said, it

23   doesn't matter, because what I did was

24   terrible.

25             I don't have a written statement

1    here, Your Honor.  I had, for quite some time,

2    tried to figure out what I was going to say at

3    this time.

4            As my wife said earlier, in state

5    court, she told the Court that I was going to

6    attempt to use PTSD as an excuse for what I

7    did.  I should have read the statements that I

8    wrote then, and they would have seen that I

9    had no intention of doing that.  But their

10   impact statement was so devastating, I

11   couldn't speak to the judge.  So what I

12   determined to do, Your Honor, was just to --

13   well, actually, let me back up just a little

14   bit, please.

15           I had one final draft written that I

16   was going to talk with my attorney with and

17   then read to you today, but after what

18   happened to my father on December 3rd, it just

19   didn't matter anymore.  My father had a

20   massive heart attack on December 3rd, and for

21   a week or so, I couldn't get through to my

22   mom, which is unusual.

23           My father had open heart surgery on

24   the 8th, and they weren't sure how he was

25   going to respond until about the 11th, I think

1    that was a Monday, was when my mom finally

2    answered the phone.  She didn't want me to

3    know what was going on until she knew what was

4    going to happen with me dad.  When that

5    happened, Your Honor, I just threw my

6    statements out.

7              I just have some points I wanted to

8    hit.  First of all, this is for the family and

9    it's for the Court, no one hates me more than

10   me; know this.  No matter the outcome, one way

11   or the other, Your Honor, I do want closure

12   for the family.  I do want to see them forget

13   about me, put this, to the best they possibly

14   can, behind them.  I'm not asking them to

15   forgive me, because they ever can, and I don't

16   blame them.

17             The only thing I'm asking that they

18   do is, get rid of the hate inside their heart,

19   don't carry that, because hate will tear you

20   apart.  One way or another, sooner or later,

21   just let it go.  I will pay, and I will pay

22   every single day of my life, regardless of if

23   I ever even get mercy.

24             The other thing, when my wife was

25   talking about the motorcycle, Your Honor --

1          and I have medical documentation on it even,

2          where we discussed it with my counselor, it

3          was a form of therapy for me, actually.  I

4          didn't have to think about anything.

5                    I wasn't going to even say anything

6          about PTSD, other than that, yes, I had it, I

7          have it.  Travis tries to say that I denied

8          it -- of course, most people diagnosed with

9          PTSD usually do deny it.

10                   I tried to get through 20 good years

11         of military service so that I could leave the

12         service on my own terms, Your Honor.  I didn't

13         want to file the VA claim, that my wife knew I

14         was going to get 100 percent.  She filed 300

15         pages, Your Honor, front and back, of medical

16         records from one deployment.  But I didn't

17         want to go through that until I got my 20-year

18         letter, even knowing, Your Honor, that getting

19         medically chaptered out of the military like

20         that would have guaranteed me 100 percent

21         disability, and that is not in dispute.

22                   I did try to kill myself after

23         finding out from my attorney, the military

24         attorney that -- yes, I was sneaky about it.

25         I asked him about medical benefits.  I -- or

1           not medical benefits, but I asked him, do I

2           still have SGLI, which stands for Soldiers'

3           Group Life Insurance, and he said yes.

4                  I knew my court date or hearing date

5           coming from the military was -- it was coming

6           due.  I didn't know what was going to happen.

7           I thought I was going to be, you know,

8           stripped of rank and kicked out of the

9           military right then and there, and I'd lose

10          everything.  Through my attorney -- or my

11          military attorney tried to contact her, I

12          tried to let them know that they wanted the

13          family, my wife in particular, to speak to the

14          military review board, not in so trying to

15          make things good for me, but to secure her

16          benefits, to secure my retirement.

17                 If I did get to finish filing a

18          disability claim, I would have -- regardless

19          if I got 100 percent, Your Honor, I'd only get

20          10 percent, but 90 percent of it can go in

21          escrow and it can go to pay for Jarod's

22          college, it could go and pay for xxxx'x

23          college, and my wife would be well off, she's

24          not going to be hurting money-wise because

25          she's got the -- which we never even bothered

1          discussing that, because we carefully planned

2          for retirement, and I obviously destroyed all

3          of that, and I'm not denying it.

4                    For the family, I want you to know

5          this:  I know you hate me, but you need to let

6          go of the hatred because it will tear you up.

7          And Jarod, the rage you feel inside of you, it

8          is for me.  I've discussed with my attorney

9          before coming in here about a possibility of

10         just giving you a letter and try to encourage

11         you, Jarod, to not belittle yourself or doubt

12         yourself or do anything crazy, like thinking

13         you aren't capable or good enough, like I

14         sometimes felt because of the way my dad was

15         hard on me, but I was 1,000 times worse on

16         you, and I know it, and I am sorry, and that's

17         what I was going to put in a letter to you.

18                   You asked for a face-to-face.  Well,

19         what I'll do, I'll put you down on the

20         visiting list, but know this:  You will be the

21         only person of blood of my family that's ever

22         going to see me again, because I will not let

23         my parents come and see me.  You want

24         satisfaction, you've got it, because I know

25         what I've destroyed and I know what I've lost,

1    and I know the pain and misery you've probably

2    gone through.

3              I don't know why I did what I did,

4    and I'm not trying to make any excuses for it.

5    I do wish I was dead.  I do want to die.  Your

6    Honor, I don't want to live in prison for the

7    rest of my life while the rest of my family

8    drops off one by one and I can't be there.

9    I've already lost one family member since I've

10   been incarcerated.

11             But I will do what it takes to

12   survive, to give the family the satisfaction

13   they want, so that they know that I suffer

14   every single day.  And it's double-edged,

15   because I am aware of the pain that I caused

16   them, and I can't do anything to take it back,

17   so yes, I will suffer for that every single

18   day.

19             I know the most important thing I --

20   I'm sorry, I don't -- but that's so pathetic.

21   Damn.

22             I've been thankful to hear that

23   she's doing so well.  She's incredibly

24   resilient.  And yes, Your Honor, she was

25   grounding me, she was saving me.  I'll give

1          you an example of how crazy she could be.  We

2          used to go for motorcycle rides a lot to

3          Ohiopyle.  We would have lunch and we'd walk

4          around, whatever she wanted, and we would ride

5          back to Carmichaels, we'd get Dairy Queen, and

6          then we'd go home.

7                I made a left-hand turn on Route 40

8          on the other side of Uniontown.  It's an area

9          where it's real gusty, the winds were kind of

10         bad, crosswinds there.  I made the turn and

11         started to go, and the wind hit so hard, I

12         honestly thought we were going to crash.  I

13         mean, Your Honor, I'm going straight, the bike

14         is leaning over like this, and I'm doing

15         everything I can to keep this 900-pound

16         motorcycle from falling over, and she's

17         sitting behind me laughing.  She's laughing

18         like it's funny as hell.

19               I get the bike up straight, and I

20         turned around and looked, and I was like:  Are

21         you crazy?  I said:  We almost crashed.  And

22         she goes:  Yeah, but we weren't going that

23         fast.  That's how full of life and spirit she

24         is.

25               There are other pictures on that

1          computer that would show a smiling face on
2          that child, but they don't mitigate or excuse
3          what I've done, I know this.
4                  I ruined her dreams.  I don't -- but
5          I will have it in the back of my mind, of
6          course, that because of my actions and what
7          was ever going through my damned head, of
8          course, there's the first prom that she ever
9          goes to.  I was already training her to learn
10         how to drive.  We'd go four-wheel driving out
11         in the woods, and she would quote the rules of
12         the road.  I was supposed to be that protector
13         that they said, and I'm supposed to be the
14         father that gave her the Sweet 16, and I can't
15         do that.  And graduation.
16                 And the most important thing a
17         father can do for his daughter, walk her down
18         the aisle.  I hope and pray that my wife is
19         capable of finding somebody who she can love,
20         who will be the man that I was supposed to be
21         and walk my daughter down that aisle.
22                 Trooper Haslett is here.  He knows,
23         when we were in the magistrate's office, when
24         we were discussing it, you said:  You probably
25         hate me.  And I said:  No, I don't.  I said:

1          Thank God for you.

2                  My remorse isn't because I was

3          caught; my remorse is because I did this in

4          the first place.  In the statement that I was

5          going read to the state, I had done the same

6          thing my wife did, I wanted to thank Trooper

7          Haslett, the state police, and everything.

8                  There are other things I could say,

9          Your Honor, but it doesn't make -- I know I'm

10         supposed to be trying to defend myself now,

11         but I don't want to come off like I'm trying

12         to defend myself.  I just wanted the family to

13         know, I'm aware of all the different aspects

14         of the pain.  The most important thing that I

15         was going to say, Your Honor, is that I am

16         sorry.

17                 But also, to the media, if you have

18         any shred of decency, that I obviously gave up

19         in my life, leave my family alone.  They've

20         been -- they've hurt enough.  Please just let

21         my daughter and my family heal and get a sense

22         of closure and leave them alone.

23                 That's all, Your Honor.

24                 THE COURT:  Thank you, Mr. Stull.

25                 My job today, as it is at every

1          sentencing hearing, is to impose a sentence

2          that is sufficient but not greater than

3          necessary to achieve the goals of sentencing.

4          And the law requires that I consider a number

5          of factors in doing that.

6                    And first and foremost is the nature

7          and circumstances of the offense before me,

8          and I don't think there's a person in this

9          room today who doesn't believe that this is an

10         entirely heinous crime, that this is the worst

11         of these types of cases that I have seen, as

12         depicted by both Mr. Livingston and Ms. Smolar

13         in the pre-sentence report.

14                   We see a lot of cases involving the

15         distribution and possession, and less

16         frequently the production of child

17         pornography, but certainly this is a crime

18         that is up at the top of the list of this

19         genre of crimes.  I consider that, and that is

20         foremost in my mind.

21                   I also am required to look at the

22         nature of the history and characteristics of

23         the individual before me, and that's you.  And

24         I know you sit there and you say you're

25         supposed to be defending yourself, but it's

1          very hard to defend indefensible conduct, so I

2          don't think that you should feel remiss

3          because you are unable to defend this conduct,

4          because, again, it's indefensible.

5                    And I understand that you've been

6          through a lot, I mean, but you did have a

7          fairly normal childhood.  I know there's a

8          claim of some sexual abuse when you were in

9          third or fourth grade.  But other than that,

10         you still have these parents, who are

11         apparently still in your life, in Arizona, and

12         I know you have some siblings that, at least

13         according to the pre-sentence report, are no

14         longer in your life.

15                   Of course, you've destroyed any

16         contact that you can have with your wife and

17         your children.  They don't want to hear from

18         you, and they have told you how they feel, and

19         that is all perfectly understandable.

20                   You have had this career in the

21         armed forces that is commendable in terms of

22         having served in Desert Storm.  I know with

23         the National Guard you were in both Kosovo and

24         Iraq.  You know, I don't know what happens to

25         people there, I don't.  I am not going to give

1          short shrift to the claim of PTSD, but I kind

2          of agree with Mr. Livingston, who says that

3          that's really no excuse, and it can't be, it

4          can't be what happens as a result of

5          posttraumatic stress disorder.

6                    I know you have some depression, had

7          alcohol abuse in the past, and hopefully --

8          the medical conditions that you contend you

9          are suffering from, they all seem to be

10         related to military service in one way or the

11         other, and hopefully, you will continue to get

12         treatment for them.

13                   You know, it's hard to know what to

14         say to you.  I mean, you have, as I indicated,

15         committed indefensible conduct.  And even in

16         your life, other than that indefensible

17         conduct, it seems to me like it was your wife

18         who was holding everything together.  It was

19         she who was out working steadily as a nurse.

20         And I know you were doing some things, you

21         were driving a truck, you were doing some

22         other things, but it sounds to me like, from

23         what I read, that it was she who was the rock

24         in the house, and holding together at least

25         the economic part of it.

1              She was totally devoted to you, as

2       we can see.  She loved you, and she felt

3       fortunate to be married to you, and that was

4       how she felt until all of this happened, so

5       I'm not painting her as a victim there,

6       because she did what she wanted to do.  She

7       regrets that today, and I understand her

8       regret for the remarriage.

9              It's hard to know what to say to

10      you, it really is.  It's hard to know what to

11      say to you, knowing what you did.  In spite of

12      your military service and your sacrifices

13      there, I feel that your conduct with your

14      daughter far outweighs any benefits that I

15      might think of that you are entitled to

16      because of military service.

17             My sentence is required to reflect

18      the seriousness of this offense, and it will.

19      You have already been given some heavy, heavy

20      time, and we're on a parallel course here, and

21      everything that we do here today may be moot,

22      it may or may not, that's something that I

23      don't know and I can't really count on.

24             My sentence also is to deter you

25      from doing things like this in the future --

1        well, quite frankly, you're going to be

2        deterred by a sentence of imprisonment.

3        There's no way that you're going to be able to

4        do things like this, because you're not going

5        to be in a situation which would even allow

6        that.

7               The public, and your family

8        particularly, need to be protected from your

9        conduct, and my sentence has to achieve that,

10       to protect them, to make them continue to feel

11       safe as they feel now.  If you were in the

12       federal correctional system, hopefully you

13       could be receiving some effective correctional

14       treatment.  I know there are institutions

15       where sex offenders go specifically for

16       treatment.  But quite frankly, I don't think

17       you're going to be in a federal prison, and if

18       you are, it's not going to be for a long time,

19       and I just don't think it's going to happen.

20              But one of the other concepts, which

21       is usually not high on my list, but it is

22       today, is to provide just punishment.  These

23       are offenses which scream for just punishment,

24       and today, I'm imposing what may seem to you

25       to be outrageous, but when I hear what your

1    family says, when I hear what the government's

2    attorney says, when I look at the trooper, I

3    think a parallel sentence to what you've

4    received in state court is sufficient but not

5    greater than necessary to achieve the goals of

6    sentencing.

7           And for all of those reasons, and

8    pursuant to the Sentencing Reform Act of 1984,

9    it's my judgment that you be committed to the

10   custody of the Bureau of Prisons to be

11   imprisoned for a total time of 338 years, one

12   month, and 11 days, consisting of 20 years'

13   imprisonment at each of Counts 1 through 17,

14   to be served consecutively; 15 years at each

15   of Counts 18 through 39; and 20 years at each

16   of Counts 40 and 41, to be served concurrently

17   to each other and Counts 1 through 17, for a

18   total term of 338 years, one month, 11 days,

19   all to be served concurrently to the

20   undischarged term of imprisonment imposed at

21   Greene County Court of Common Pleas at No. 198

22   of 2016.  This sentence is not a departure,

23   but it is imposed pursuant to the provisions

24   contained in United States Sentencing

25   Guidelines, Section 5G1.3(b).

1           Upon release from imprisonment, you

2     shall be placed on a term of supervised

3     release for a term of life in each of Counts 1

4     through 41, to run concurrently.  Within 72

5     hours of release from the custody of the

6     Bureau of Prisons, you shall report in person

7     to the probation office in the district in

8     which you are released.

9           While on supervised release, you

10     shall not commit another federal, state, or

11     local crime.  You shall comply with standard

12     conditions of supervision recommended by the

13     sentencing commission and adopted by this

14     Court, and you shall comply with the following

15     additional conditions:

16           You shall not illegally possess a

17     controlled substance.  You shall not possess a

18     firearm, ammunition, destructive device, or

19     any other dangerous weapon.

20           You shall cooperate in the

21     collection of DNA as directed by the probation

22     office pursuant to federal regulations, the

23     DNA Fingerprint Act of 2005, and the Adam

24     Walsh Child Protection and Safety Act of 2006.

25           You are permitted to possess or use

1          a computer and are allowed access to the

2          Internet; however, you are not permitted to

3          use a computer or other electronic

4          communication or data storage device,

5          including a cell phone, to access child

6          pornography or to communicate with any

7          individual or group for the purpose of

8          promoting sexual relations with children.

9                    You shall consent to the

10         installation of any hardware or software to

11         monitor any computer or other electronic

12         communication or data storage device used by

13         you, to confirm compliance with this

14         condition.  You shall pay the monitoring cost

15         as directed by the probation office.

16                   Furthermore, you shall consent to

17         periodic unannounced examinations by the

18         probation or pre-trial services officer of any

19         computer, cell phone, or other electronic

20         communication or data storage device that you

21         have access to, to confirm compliance with

22         this condition.

23                   You shall consent to the seizure and

24         removal of hardware and data storage media for

25         further analysis by the probation or pre-trial

1     services officer based upon reasonable

2     suspicion of a violation of the conditions

3     imposed or based upon reasonable suspicion of

4     unlawful conduct by you.  Failure to submit to

5     monitoring or search of computers or any other

6     electronic communication or data storage

7     device used by you may be grounds for

8     revocation.

9          If you have employment that requires

10    the use of a computer, you may use a computer

11    in connection with the employment approved by

12    the probation or pre-trial services officer,

13    provided you notify your employer of the

14    nature of the conviction or charge.  The

15    pre-trial or probation officer shall confirm

16    compliance with this notification requirement.

17         You shall provide the probation

18    office with accurate information about your

19    entire computer system, hardware or software,

20    and other electronic communication or data

21    storage device or media, to include all

22    passwords used and the name of the Internet

23    service provider.  You shall abide by the

24    provisions of the computer restrictions and

25    monitoring program approved by the Court.

1          You shall submit your person,

2     property, house, residence, vehicle, papers,

3     business, or place of employment to search

4     conducted by a United States probation or

5     pre-trial services officer at a reasonable

6     time and in a reasonable manner based upon

7     reasonable suspicion of contraband or evidence

8     of a violation of a condition of supervision.

9     Failure to submit to search may be grounds for

10    revocation.  You shall inform other residents

11    that premises may be subject to searches

12    pursuant to this condition.

13          With the exception of brief,

14    unanticipated, and incidental contacts, to

15    include your place of employment and/or

16    volunteer activity, you shall not associate

17    with children under the age of 18 years,

18    except in the presence of an adult who is

19    aware of the nature of your history,

20    characteristics, and/or convictions, and

21    that's been approved by the probation office.

22          You shall participate in a mental

23    health and/or sex offender treatment program

24    approved by the probation office until such

25    time as you are released from the program by

1          the Court.

2                    You shall abide by all program

3          rules, requirements, and conditions of the sex

4          offender treatment program, including

5          submission to polygraph testing, which testing

6          will continue throughout the term of

7          supervision in order to monitor and ensure

8          compliance with supervision conditions.  You

9          shall be required to contribute to the costs

10         of services for such treatment in an amount

11         determined by the probation office, but not to

12         exceed actual costs.

13                    The probation office is authorized

14         to release the pre-sentence report to

15         treatment providers if requested.

16                    As required by federal law and the

17         Sex Offender Registration and Notification

18         Act, you shall report the address where you

19         reside, and any subsequent change of

20         residence, to the probation officer

21         responsible for your supervision, and further

22         shall register as a convicted sex offender in

23         any state where you reside, are employed,

24         carry on a vocation, or as a student.

25                    You shall not enter into a rental

1          agreement and/or purchase computers, cell

2          phones, or electronic communication or data

3          storage devices without the probation

4          officer's consent.

5                    You shall not make excessive and/or

6          unexplained purchases of items ordinarily

7          related to children under the age of 18

8          without the probation officer's approval.

9                    You shall not photograph and/or

10         videotape any children under 18 without the

11         written consent of their parent or legal

12         guardian who is aware of your history,

13         characteristics, and/or convictions, and who

14         has been approved by a probation officer.

15                   You shall not frequent and/or loiter

16         within 500 feet of places where children

17         congregate on a regular basis such as, but not

18         limited to, schools, playgrounds, children's

19         toy and/or clothing stores, video arcades, day

20         care centers, swimming pools, zoos, amusement

21         parks, or other places primarily used, or that

22         can be reasonably be expected to be used, by

23         children under the age of 18 without the

24         probation officer's permission.

25                   The periodic drug testing mandated

1        by the Violent Crime Control and Law

2        Enforcement Act of 1994 is waived, as this

3        offense is not drug related, and Mr. Stull has

4        no current or past history of substance abuse.

5               The defendant cannot pay a fine.  I

6        am waiving imposition of a fine.  But the

7        defendant shall pay to the United States a

8        special assessment of $4,100, payable to the

9        United States District Court Clerk forthwith.

10              It is further ordered that you

11       forfeit the following items:  Seagate Free

12       Agent GO 320GB External Hard Drive, Serial

13       No. 2GE143LG, with power cord; HP Pavilion DV6

14       laptop, Serial No. CNF9253KJ3, with internal

15       hard drive and power cord; Samsung S3 cell

16       phone, Model SCH-R530X, 99000346684192, with

17       cracked screen; Canon Powershot SD1300, the

18       Serial Number is unreadable, but color is

19       blue; Samsung cell phone, Model SM-G900R7,

20       MEID: 9900047864668; 32GB Sandisk microSDcard

21       inserted in Item G; 32GB PNY microSDcard

22       inserted into Item C.

23              Now, Mr. Stull, I'm advising you

24       that you have a right to appeal this sentence

25       within 14 days from entry of judgment, which

```
1          will be sometime this week.  If you are unable

2          to pay the cost of an appeal, you may request

3          permission to appeal without the payment of

4          costs.  If you are given permission to appeal

5          without the payment of costs, you may request

6          the Clerk of Court to prepare and file a

7          Notice of Appeal on your behalf.

8                    Is there anything further from the

9          government?

10                   MS. SMOLAR:  Your Honor, just one

11         additional term that the government would

12         request, just as Mr. Livingston --

13                   THE COURT:  No contact.

14                   MS. SMOLAR:  No contact with the

15         victim, either directly or indirectly through

16         family members.

17                   THE COURT:  And I will order that as

18         a condition of supervised release and also as

19         a condition of the imprisonment, no contact

20         with the victim in this case, either directly

21         or indirectly.

22                   Mr. Livingston, anything further?

23                   MR. LIVINGSTON:  Judge, I know when

24         you were talking about jurisdiction and going

25         to the state institution next, I don't know
```

1           that it will help, but if you can, on the

2           Judgment and Commitment Order, whether it

3           channels to a Pennsylvania institution,

4           recommend mental health evaluation and

5           treatment for Eric Stull when he arrives --

6                     THE COURT:  Sure.

7                     MR. LIVINGSTON:  -- in a state

8           institution.

9                     THE COURT:  I will just -- and

10          that's all I can do is recommend.  I will

11          recommend that he be deemed eligible for some

12          mental health treatment within the state

13          correctional system.

14                    MR. LIVINGSTON:  And with no

15          appellate waiver and no plea agreement.  And I

16          don't expect -- Mr. Stull and I will talk

17          about the prospect of appeal, but I know one

18          of the things that I believe I'm required to

19          do is note whether there was anything that

20          I -- noting for this record about either

21          procedural or substantive unreasonableness of

22          the Court's sentence.

23                    I know the Court, in its sentencing

24          order, cited 5G1.3(b), and my understanding

25          is, by making the sentence concurrent to the

```
1          state sentence, I believe the way your words
2          were spoken, it adjusts for the period of
3          the --
4                    THE COURT:  Yes.
5                    MR. LIVINGSTON:  -- 23 months --
6                    THE COURT:  It does.
7                    MR. LIVINGSTON:  -- which makes it
8          otherwise a total term of 340; is that --
9                    THE COURT:  Well, with the
10         adjustment, it's what I said it was.
11                   MR. LIVINGSTON:  Very good.  I'll do
12         the math on that part.  I know I had made a
13         request for what would amount to a variance
14         from the guideline range, and the one factor
15         that the Court mentioned a couple different
16         times as foremost of the Court's
17         considerations was the nature and
18         circumstances of the offense.
19                   Under 3553(a), I don't believe
20         that's an accurate recitation of a rating of
21         factors, that one doesn't have any priority
22         over the others.  I agree with the Court's
23         recitation of gravity, but those other
24         factors, whether it's deterrence, reflection
25         of seriousness of the offense, we're asking
```

1          that the Court note for the record that I

2          identify it as a procedural unreasonableness

3          factor, the reliance on nature and

4          circumstances of the offense as a foremost

5          factor.

6                    MS. SMOLAR:  I believe the Court

7          also referred to provide just punishment --

8                    THE COURT:  I think I referred to

9          all of them.

10                    MS. SMOLAR:  -- and all of the other

11         elements as well.

12                    THE COURT:  Yes.

13                    So I will not note that.  If you

14         want to argue that, you may, but I believe

15         that I mentioned all of the applicable

16         factors.

17                    MR. LIVINGSTON:  I just had -- I

18         know if I don't preserve it now, it may be

19         considered waived later.

20                    THE COURT:  Okay.

21                    Thank you all.

22                         - - - -

23         (The proceedings were concluded at 2:02 p.m.)

24                         - - - -

25